**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Eric**<br>First Name<br>**Charles**<br>Middle Name<br>**Carter**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) | **Amy**<br>First Name<br>**Ann**<br>Middle Name<br>**Sheegog**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
|  | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years** | First Name | **Amy**<br>First Name |
|  | Include your married or maiden names and any assumed, trade names and "doing business as" names. | Middle Name | Middle Name<br>**Monson** |
|  |  | Last Name | Last Name |
|  | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First Name | **as managing member of**<br>First Name |
|  |  | Middle Name | Middle Name<br>**Blue Frog Plumbing** |
|  |  | Last Name | Last Name |
|  |  | First Name | **as managing member of**<br>First Name |
|  |  | Middle Name | Middle Name<br>**Plan B Home Services, LLC** |
|  |  | Last Name | Last Name |

Debtor 1    **Eric Charles Carter**

Debtor 2    **Amy Ann Sheegog**

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
|  | Business name (if applicable) | Business name (if applicable) |
|  | Business name (if applicable) | Business name (if applicable) |

**3.**   **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – __7__ __9__ __7__ __9__

OR

**9xx** – xx – ____ ____ ____ ____

xxx – xx – __6__ __8__ __7__ __6__

OR

**9xx** – xx – ____ ____ ____ ____

**4.**   **Your Employer Identification Number (EIN), if any.**

___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN

**5.**   **Where you live**

**1241 Knox Road**

Number    Street

_____

**Keller**      **TX**    **76262**

City      State    ZIP Code

**Tarrant**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number    Street

_____

P.O. Box

_____

City      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____

Number    Street

_____

_____

City      State    ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number    Street

_____

P.O. Box

_____

City      State    ZIP Code

**6.**   **Why you are choosing this district to file for bankruptcy**

*Check one:*

- ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

- ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No
- ☐ Yes.

District _____   When _____   Case number _____
                                   MM / DD / YYYY

District _____   When _____   Case number _____
                                   MM / DD / YYYY

District _____   When _____   Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number,
                                   MM / DD / YYYY   if known

Debtor _____   Relationship to you _____

District _____   When _____   Case number,
                                   MM / DD / YYYY   if known

**11. Do you rent your residence?**

- ☒ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____

Name of business, if any

_____

Number      Street

_____

_____

City                              State        ZIP Code

_Check the appropriate box to describe your business:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a _small business debtor_ or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

_If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)._

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

_For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?_

☑ No

☐ Yes.  What is the hazard?



If immediate attention is needed, why is it needed?



Where is the property? _____

Number      Street

_____

_____

City                              State        ZIP Code

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

    **16a.** **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No. Go to line 16b.

        ☐ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No. Go to line 16c.

        ☑ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer or business debts.

    _____

**17.** Are you filing under Chapter 7?

    ☐ No. I am not filing under Chapter 7. Go to line 18.

    Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

    ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☑ No

        ☐ Yes

**18.** How many creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Eric Charles Carter**                        X **/s/ Amy Ann Sheegog**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Eric Charles Carter, Debtor 1                         Amy Ann Sheegog, Debtor 2

Executed on **02/10/2024**                            Executed on **02/10/2024**
             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
             MM / DD / YYYY                                        MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Martin Seidler** _____   Date **02/10/2024**
Signature of Attorney for Debtor                                           MM / DD / YYYY

**Martin Seidler** _____
Printed name

**Law Offices of Martin Seidler** _____
Firm Name

**11107 Wurzbach** _____
Number          Street

**Suite 504** _____

_____

**San Antonio** _____   **TX**   **78230-2592** _____
City                                         State    ZIP Code

Contact phone **(210) 694-0300** _____   Email address **Marty@Seidlerlaw.com** _____

**18000800** _____   **TX** _____
Bar number                                    State

**Fill in this information to identify your case:**

| Debtor 1 | **Eric** | **Charles** | **Carter** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | **$400,001.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | **$106,571.82** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................... | **$506,572.82** |

## Part 2:  Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$109,463.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$1,687,445.28** |
| | **Your total liabilities** | **$1,796,908.28** |

## Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................ | **$12,056.75** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J...................................................... | **$11,004.00** |

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

    ☑  Yes

7.  **What kind of debt do you have?**

    ☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

    ☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

    _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                                **Total claim**

    **From Part 4 on *Schedule E/F,* copy the following:**

    9a.  Domestic support obligations.  (Copy line 6a.)                         _____

    9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)  _____

    9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  _____

    9d.  Student loans.  (Copy line 6f.)                                        _____

    9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)  _____

    9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+** _____

    9g.  **Total.**  Add lines 9a through 9f.                                   _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Charles** | **Carter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**1241 Knox Rd., Keller, TX  76262**

**Tarrant**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**  _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
   (see instructions)

---

1.2.

**12226 Mountain Pine, San Antonio, TX**

**12226 Mountain Pine, San Antonio, TX (leasehold)**
**Property surrendered to landlord**

**Bexar**
County

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1.00** | **$1.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Leasehold**

☐ Check if this is community property
(see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................➔    **$400,001.00**

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1.

Make:    **Buick**

Model:    **LaCrosse**

Year:    **2011**

Approximate mileage:    **89,000**

Other information:

**2011 Buick LaCrosse (approx. 89,000 miles)(including insurance claim against third party or debtor's own insurance for collision damage from Oct. 2023 collision.**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,900.00** | **$7,900.00** |

3.2.

Make:    **KTM**

Model:    **250 SFX**

Year:    **2024**

Approximate mileage:    **20**

Other information:

**2024 KTM 250 SFX (approx. 20 miles) (Dirt Bike)**

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

| 4.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Dutchmen** | ☐ Debtor 1 only | |
| Model: | **Voltage 4245** | ☐ Debtor 2 only | |
| Year: | **2021** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | **$75,000.00**        **$75,000.00** |
| **2021 Dutchmen Voltage 4245** | | ☑ Check if this is community property (see instructions) | |

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any
       entries for pages you have attached for Part 2.  Write that number here.........................................** ➔    **$92,900.00**

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.    Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   | **Household goods, supplies and furnishings** |        **$1,000.00**

**7.    Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
        music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   | **3 tvs, 3 laptops, I Ipad, and misc. electronics** |        **$1,000.00**

**8.    Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
        stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....   |  |        _____

**9.    Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
        canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....   | **boots and helments** |        **$100.00**

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No
   ☑ Yes. Describe.....   | **9mm pistol, .12 gauge shotgun, ammo and cleaning supplies and cases.** |        **$700.00**

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....

| Clothing for both spouses including, shoes, sneakers, boots, jeans, pants, shirts, skirts, undergarments, coats, and miscl. articles of clothing. | **$500.00** |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....

| Wedding ring, costume jewelry, watches and misc jewelry | **$750.00** |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe.....

| 1 dog | **$100.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☑ Yes. Give specific information.............

| 1 bicycle | **$100.00** |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................. ➔ | **$4,250.00** |

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.......................................................................................................... Cash: ........................ | **$100.00** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | Checking account  Bank of  America ending 9985 | $2.03 |
| 17.2. | Checking account: | Checking account Wells Fargo ending 7135 | $22.07 |
| 17.3. | Savings account: | Savings account  Bank of America 0446 | $9.72 |
| 17.4. | Savings account: | Savings account Department of Commerce Credit Union endin gin 3600 | $5.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific
    information about
    them.......................... Name of entity:                                    % of ownership:

    **Plan B Home Services, LLC d/b/a Blue Frog Plumbing
    and Drain of San Antonio**                          **100%**           **$100.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them.......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
    profit-sharing plans

    ☑ No

    ☐ Yes. List each
    account separately.    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☐ No

    ☑ Yes............................             Institution name or individual:

         Water:                               **Water deposit**                              **$80.00**

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit**

    ☐ No

    ☑ Yes. Give specific
    information about them    **Beneficial interest in spendthrift trust (Carter Family Trust)**           **Unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific information about them

| See continuation page(s). | $101.00 |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____
State: _____
Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes.  Give specific information

| See continuation page(s). | $4,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance company of each policy and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **$1,000,000.00 term life** | **codebtor** | **$1.00** |
| **$50,000 accidental death and dismemberment** | **debtor** | **$1.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes.  Describe each claim........

| claim for property damage to vehicle | $2,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................... ➜   **$6,421.82**

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

39. **Office equipment, furnishings, and supplies**
   *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..   **See continuation page(s).**        **$2,800.00**

41. **Inventory**

☑ No
☐ Yes.  Describe..

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe....

**44.** **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................➔

$2,800.00

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.** **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

**48.** **Crops--either growing or harvested**

☑ No

☐ Yes. Give specific information................

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................➔

$0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☐ No

☑ Yes.  Give specific information.

| | |
|---|---|
| **lawnmower, chain saw, weedeater, shovels, ladders, brooms, etc.** | **$200.00** |
| **1/3 undivided interest in 1994 AL/TEX  16x76 mobile home (permanently attached to sister's real estate many years ago)(home in poor shape)** | **Unknown** |

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................➔ | **$200.00**

## Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**........................................................................................................➔  **$400,001.00**

56.  **Part 2: Total vehicles, line 5**                              **$92,900.00**

57.  **Part 3: Total personal and household items, line 15**       **$4,250.00**

58.  **Part 4: Total financial assets, line 36**                    **$6,421.82**

59.  **Part 5: Total business-related property, line 45**          **$2,800.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**

61.  **Part 7: Total other property not listed, line 54**      **+    $200.00**

62.  **Total personal property.**    Add lines 56 through 61..................  **$106,571.82**   Copy personal property total  ➔  **+   $106,571.82**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................................  **$506,572.82**

27. <u>Licenses, franchises, and other general intangibles (details):</u>

    **Cosmetology License**                                                           **$1.00**

    **Master's Plumber's license**                            **$100.00**

30. <u>Other amounts someone owes you (details):</u>

    **Current wages**                                **$4,000.00**

    **Debt from Plan B Home Services, LLC  (approx. $400,000.00 but uncollectable)**    **$0.00**

40. <u>Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):</u>

    **tools of the trade: shears, blow dryer, clippers, trimmers, irons, and misc. beauty shop equipment**    **$300.00**

    **Tools of the trade: sawsall, drills, impact drill, ladder, compressor, sewer camera, locator, jack hammer, chipping hammer, augers, misc. plumber's tools and equipment.**    **$2,500.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Charles** | **Carter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1241 Knox Rd., Keller, TX  76262** <br><br> Line from *Schedule A/B*: __1.1__ | **$400,000.00** | ☐ <br> ☒ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 (Allocated: $400,000.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **2011 Buick LaCrosse (approx. 89,000 miles)(including insurance claim against third party or debtor's own insurance for collision damage from Oct. 2023 collision. (1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: __3.1__ | **$7,900.00** | ☐ <br> ☒ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Allocated: $7,900.00 100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☒ No
       ☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2011 Buick LaCrosse (approx. 89,000 miles)(including insurance claim against third party or debtor's own insurance for collision damage from Oct. 2023 collision. (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __3.1__ | **$7,900.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **2024 KTM 250 SFX (approx. 20 miles) (Dirt Bike)** Line from *Schedule A/B*: __3.2__ | **$10,000.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Allocated: $4,222.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Household goods, supplies and furnishings** Line from *Schedule A/B*: __6__ | **$1,000.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Allocated: $1,000.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **3 tvs, 3 laptops, I Ipad, and misc. electronics** Line from *Schedule A/B*: __7__ | **$1,000.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Allocated: $1,000.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **boots and helments** Line from *Schedule A/B*: __9__ | **$100.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) (Allocated: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **9mm pistol, .12 gauge shotgun, ammo and cleaning supplies and cases.** Line from *Schedule A/B*: __10__ | **$700.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) (Allocated: $700.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Clothing for both spouses including, shoes, sneakers, boots, jeans, pants, shirts, skirts, undergarments, coats, and miscl. articles of clothing.** Line from *Schedule A/B*: __11__ | **$500.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) (Allocated: $500.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Wedding ring, costume jewelry, watches and misc jewelry** Line from *Schedule A/B*: __12__ | **$750.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) (Allocated: $750.00 100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 dog** <br> Line from *Schedule A/B*: __13__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) (Allocated: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **1 bicycle** <br> Line from *Schedule A/B*: __14__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) (Allocated: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Beneficial interest in spendthrift trust (Carter Family Trust)** <br> Line from *Schedule A/B*: __25__ | **Unknown** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. §541(d) (Allocated: Unknown 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Current wages** <br> Line from *Schedule A/B*: __30__ | **$4,000.00** | ☑ __$4,000.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **$1,000,000.00 term life** <br> Line from *Schedule A/B*: __31__ | **$1.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: $1.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **$50,000 accidental death and dismemberment** <br> Line from *Schedule A/B*: __31__ | **$1.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: $1.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **claim for property damage to vehicle (1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: __33__ | **$2,000.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: $2,000.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **claim for property damage to vehicle (2nd exemption claimed for this asset)** <br> Line from *Schedule A/B*: __33__ | **$2,000.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **tools of the trade: shears, blow dryer, clippers, trimmers, irons, and misc. beauty shop equipment** <br> Line from *Schedule A/B*: __40__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Allocated: $300.00 100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Tools of the trade: sawsall, drills, impact drill, ladder, compressor, sewer camera, locator, jack hammer, chipping hammer, augers, misc. plumber's tools and equipment.**<br>Line from *Schedule A/B*: __40__ | **$2,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Allocated: $2,500.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**lawnmower, chain saw, weedeater, shovels, ladders, brooms, etc.**<br>Line from *Schedule A/B*: __53__ | **$200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Allocated: $200.00 100% of fair market value, up to any applicable statutory limit)** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Charles** | **Carter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | |

**Department of Commerce FCU**
Creditor's name

**P. O. Box 14720**
Number     Street

_____

_____

**Washington        DC    20044-4720**
City                State    ZIP Code

Describe the property that
secures the claim:

**2021 Dutchmen Voltage RV**

| | Column A | Column B | Column C |
|---|---|---|---|
| | **$103,685.00** | **$75,000.00** | **$28,685.00** |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**2021 Dutchmen Voltage RV**

Date debt was incurred    **11/2022**    Last 4 digits of account number    **0    5    2    7**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| **$103,685.00** |
|---|

Debtor 1 **Eric Charles Carter**

Debtor 2 **Amy Ann Sheegog**

Case number (if known) _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.2 |
|---|

Describe the property that secures the claim:

**Freedom Rd. Financial**
Creditor's name

**2024 KTM 250 SFX (approx. 20 miles) (Dirt Bike)**

Amount of claim: **$5,778.00**   Value of collateral: **$10,000.00**

**1515 W. 22nd St., #100@**
Number       Street

_____

**Oak Brook       IL    60523**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ___2023___   **Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

**$5,778.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$109,463.00**

| Debtor 1 | **Eric** | **Charles** | **Carter** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | | |
|---|---|---|
| _____ | Last 4 digits of account number __ __ __ __ | |
| Priority Creditor's Name | When was the debt incurred? _____ | |
| _____ | | |
| Number       Street | As of the date you file, the claim is: Check all that apply. | |
| _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| | ☐ Disputed | |
| City            State     ZIP Code | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | Total claim |

---

**4.1**

| | |
|---|---|
| **210 IT** | |
| Nonpriority Creditor's Name | **Last 4 digits of account number** ___ ___ ___ ___ |
| **4706 Shavano Oak, #102** | **When was the debt incurred?**  **2023** |
| Number        Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐  Contingent |
| | ☐  Unliquidated |
| **San Antonio          TX      78249** | ☑  Disputed |
| City                  State    ZIP Code | |
| **Who incurred the debt?**    Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐  Debtor 1 only | ☐  Student loans |
| ☐  Debtor 2 only | ☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐  Debtor 1 and Debtor 2 only | ☐  Debts to pension or profit-sharing plans, and other similar debts |
| ☑  At least one of the debtors and another | ☑  Other.  Specify |
| ☑  **Check if this claim is for a community debt** | **Disputed assigned debt** |
| **Is the claim subject to offset?** | |
| ☑  No | |
| ☐  Yes | |

**Total claim** $5,500.00

---

**4.2**

| | |
|---|---|
| **ADP/ADP Process/Ins. Agency** | |
| Nonpriority Creditor's Name | **Last 4 digits of account number**  **8   2   1   1** |
| **1 ADP Blvd, Mail Stop C421** | **When was the debt incurred?**  **2023** |
| Number        Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐  Contingent |
| | ☐  Unliquidated |
| **Roseland              NJ      07068** | ☐  Disputed |
| City                  State    ZIP Code | |
| **Who incurred the debt?**    Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐  Debtor 1 only | ☐  Student loans |
| ☐  Debtor 2 only | ☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐  Debtor 1 and Debtor 2 only | ☐  Debts to pension or profit-sharing plans, and other similar debts |
| ☑  At least one of the debtors and another | ☑  Other.  Specify |
| ☐  **Check if this claim is for a community debt** | **insurance** |
| **Is the claim subject to offset?** | |
| ☑  No | |
| ☐  Yes | |

**Total claim** $5,839.00

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.3**

| | | **$71,500.00** |
|---|---|---|

**Ally Financial**
Nonpriority Creditor's Name
**P O Box 33414**
Number        Street

_____

**Detroit**                    **MI**    **48232**
City                           State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**lease guaranteed**

Last 4 digits of account number   **i   o   u   s**
When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Guaranty of business debt**

**4.4**

| | | **$4,000.00** |
|---|---|---|

**Alpha Media**
Nonpriority Creditor's Name
**4050 Eisenhauer Rd.**
Number        Street

_____

**San Antonio**               **TX**    **78218**
City                           State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
When was the debt incurred?   **2023**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **advertising**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<span style="background:#ccc">**Total claim**</span>

---

4.5

**$5,558.00**

**Apple Card/GS Bank USA**
Nonpriority Creditor's Name

**11850 S. Election Rd.**
Number        Street

_____

**Draper**            **UT**    **84020**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3** **5** **7** **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

---

4.6

**$2,300.00**

**Arredondo Group**
Nonpriority Creditor's Name

**6004 Grissom Rd.**
Number        Street

_____

**San Antonio**        **TX**    **78238**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**  **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Disputed assigned debt**

---

4.7

**Unknown**

**AT&T Bankruptcy Center**
Nonpriority Creditor's Name

**2270 Lakeside Blvd. 7th Fl.**
Number        Street

_____

**Richardson**        **TX**    **75082**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **telephone**

Debtor 1    **Eric Charles Carter**

Debtor 2    **Amy Ann Sheegog**            Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.8**                                         **$646.43**

**ATT U-Verse**
Nonpriority Creditor's Name

**208 S. Akard St.**
Number      Street

_____

**Dallas**           **TX**    **75202**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **utility**

---

**4.9**                                         **$28,239.50**

**Bank of America**
Nonpriority Creditor's Name

**201 N Tryon St**
Number      Street

**NC1-022-08-15**

_____

**Charlotte**        **NC**    **28255**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **5**   **6**   **2**   **9**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

---

**4.10**                                       **$26,792.00**

**Bank of America**
Nonpriority Creditor's Name

**P O Box 6789**
Number      Street

_____

**Sioux Falls**       **SD**    **57117**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

    **Total claim**

---

**4.11**

    **$1,393.00**

**Blue Cross Blue Shield of TX**
Nonpriority Creditor's Name
**c/o The Receivable Mgt Svc.**
Number    Street
**P. O Box 19646**

**Minneapolis**    **MN**    **55419**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **3**   **7**   **9**   **3**
**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **insurance**

---

**4.12**

    **Unknown**

**BlueFrog Plumbing and Drain**
Nonpriority Creditor's Name
**4720 East Cotton Gin Loop #135**
Number    Street

**Phoenix**    **AZ**    **85040**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Franchise agreement**

---

**4.13**

    **$88,269.00**

**BlueFrog Plumbing and Drain**
Nonpriority Creditor's Name
**2929 Carlisle St. #100**
Number    Street

**Dallas**    **TX**    **75204**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Breach of contract**

---

Debtor 1 **Eric Charles Carter**

Debtor 2 **Amy Ann Sheegog**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.14

**$59.00**

**Blueline Heating & Air**
Nonpriority Creditor's Name
**P. O. Box 171382**
Number        Street

_____

**San Antonio        TX        78217**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **goods and services purchased on credit**

### 4.15

**$19,425.00**

**BP Solutions Mastercard/Fleet Fuind**
Nonpriority Creditor's Name
**P. O. Box 1239**
Number        Street

_____

**Covington        LA        70434**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __d__ __4__ __4__ __8__

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

### 4.16

**$210,000.00**

**Byzfunder NY LLC**
Nonpriority Creditor's Name
**530 7th Ave. Suite 505**
Number        Street
**New York, N. Y. 10018**

_____

City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Loan**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.17

**$24,936.80**

**Cabela's Club/Bass Pro**
Nonpriority Creditor's Name
**P. O. Box 30285**
Number      Street

_____

**Salt Lake City        UT      84130**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   5   1   9**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.18

**$650.00**

**Capital One**
Nonpriority Creditor's Name
**P O Box 31293**
Number      Street

_____

**Salt Lake City        UT      84131**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   0   0   3**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.19

**$4,917.00**

**Capital One**
Nonpriority Creditor's Name
**P O Box 31293**
Number      Street

_____

**Salt Lake City        UT      84131**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __  __  __  __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.20 | | $24,436.00 |
|---|---|---|

**Capital One/Cabela**
Nonpriority Creditor's Name
**P O Box 31293**
Number        Street

_____

_____

**Salt Lake City        UT     84131**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __3__ __9__ __9__ __6__
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.21 | | **Unknown** |
|---|---|---|

**Carrier Enterprises, LLC**
Nonpriority Creditor's Name
**12625 Wetmore Rd. #418**
Number        Street

_____

**San Antonio        TX     78247**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __8__ __1__ __7__ __4__
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **supplies**

| 4.22 | | $2,193.00 |
|---|---|---|

**Certiflow Water, LLC**
Nonpriority Creditor's Name
**HC13 Box 305**
Number        Street

_____

**Fairview        UT     84629**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **supplies**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.23**

**Total claim** $14,280.00

**Citi Cards/Citibank**
Nonpriority Creditor's Name
**P O Box 6241**
Number     Street

_____

**Sioux Falls**        **SD**    **57117**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   1   8   4
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.24**

**Total claim** $2,055.71

**Citi Costco**
Nonpriority Creditor's Name
**P. O. Box 790046**
Number     Street

_____

**St. Louis**        **MO**    **63179**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   0   4   7
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.25**

**Total claim** $27,544.30

**Citibusiness Advantage**
Nonpriority Creditor's Name
**P. O. Box 790046**
Number     Street

_____

**St. Louis**        **MO**    **63179**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4   0   1   9
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.26**

**$13,851.78**

**Citicards**
Nonpriority Creditor's Name

**5800 S. Corporate Place**
Number        Street

_____

_____

**Sioux Falls        SD      57108**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1    1    8    4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.27**

**$1,632.00**

**City Public Service**
Nonpriority Creditor's Name

**P.O. Box 2678**
Number        Street

_____

_____

**San Antonio        TX      78289**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7    0    7    3**

**When was the debt incurred?**    **1/24**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **utilities**

**4.28**

**$981.18**

**City Public Service**
Nonpriority Creditor's Name

**P.O. Box 2678**
Number        Street

_____

_____

**San Antonio        TX      78289**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6    9    3    4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **utilities**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.29

**City Public Service**
Nonpriority Creditor's Name
**P.O. Box 2678**
Number      Street

_____

_____

**San Antonio            TX      78289**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$102.30

**Last 4 digits of account number**   6   4   9   2
**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **utilities**

---

### 4.30

**Clerk Sup. Ct. E2024000727**
Nonpriority Creditor's Name
**99 Exchange Blvd. #545**
Number      Street

_____

_____

**Rochester               NY      14614**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$275,000.00

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Disputed business debt**

---

### 4.31

**Discover**
Nonpriority Creditor's Name
**P.O. Box 6011**
Number      Street

_____

_____

**Dover                   DE      19903**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Notice only**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.32

**$4,858.00**

**Discover Bank**
Nonpriority Creditor's Name
**CMS/Prod Develop**
Number    Street
**P O Box 15316**

**Wilmington**          **DE    19850**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

### 4.33

**$9,921.00**

**Discover Bank**
Nonpriority Creditor's Name
**P O Box 30939**
Number    Street

**Salt Lake City**          **UT    84130**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  1  4  8  6
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

### 4.34

**$9,859.36**

**Discover Card**
Nonpriority Creditor's Name
**2500 Lake Cook Road**
Number    Street

**Riverwoods**          **IL    60015**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  1  8  8  2
**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.35

**Easy Ice, LLC**
Nonpriority Creditor's Name
**P. O. Box 650769**
Number      Street
_____

**Dallas**              **TX    75265**
City                      State    ZIP Code

**$233.00**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**goods and services purchased on credit**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

### 4.36

**EnableComp/Fast Med**
Nonpriority Creditor's Name
**4057 Rural Plains Circle #400**
Number      Street
_____

**Franklin**              **TN    37064**
City                      State    ZIP Code

**$900.00**

Last 4 digits of account number   3   6   2   1

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business debt**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

### 4.37

**Fast Med Urgent Care/Enable Comp**
Nonpriority Creditor's Name
**P. O. Box 843206**
Number      Street
_____

**Dallas**              **TX    75284**
City                      State    ZIP Code

**$502.00**

Last 4 digits of account number   3   6   1   1

When was the debt incurred?  2023

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Richard Medina,Jr. medical**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.38 |
|------|

**$250.00**

**Field Health System**
Nonpriority Creditor's Name
**P. O. Box 11407**
Number        Street

_____

_____

**Birmingham          AL      35246**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0   8   7   6
**When was the debt incurred?**    7/23

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **medical services Ethan Carter**

| 4.39 |
|------|

**$33,500.00**

**Ford Credit Bankruptcy Svc Ctr.**
Nonpriority Creditor's Name
**P. O. Box 62180**
Number        Street

_____

_____

**Colorado Springs      CO      80962**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0   2   0   6
**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Lease guarantee**

| 4.40 |
|------|

**$41,000.00**

**Ford Credit/QI Exchange**
Nonpriority Creditor's Name
**P O Box 542000**
Number        Street

_____

_____

**Omaha                NE      68154**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    7   1   8   9
**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Lease guarantee**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.41**
$0.00

**Ford Motor Credit Corporation**
Nonpriority Creditor's Name
**P.O. Box 152271**
Number      Street

_____

**Irving**              **TX    75015**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only**

**4.42**
$0.00

**Ford Motor Credit Corporation**
Nonpriority Creditor's Name
**P.O. Box 650575**
Number      Street

_____

**Dallas**              **TX    75265**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only**

**4.43**
**Unknown**

**Global Payments Integrated**
Nonpriority Creditor's Name
**2578 W. 600 N.**
Number      Street

_____

**Lindon**              **UT    84042**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   4  1  6  7
**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card processing**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.44 |

**$34,672.00**

**GM Financial**
Nonpriority Creditor's Name

**4001 Embarcadero Dr.**
Number       Street

_____

**Arlington                TX      76014**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2001 Chevrolet Express**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

| 4.45 |

**$120,000.00**

**GM Financial**
Nonpriority Creditor's Name

**P. O. Box 183621**
Number       Street

_____

**Arlington                TX      76096**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 4  5  8  8

**When was the debt incurred?** 2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **est. lease guarantee**

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
| --- |

4.46

**$130,000.00**

**Hajoca Corp d/b/a Moore Supply**

Nonpriority Creditor's Name

**c/o Catherine Helm/R. Lindley**

Number    Street

**2323 Ross Ave. #1900**

_____

**Dallas**                **TX**     **75201**

City                      State   ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Hughes Supply**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**     **2023**

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Judgment**

4.47

**Unknown**

**Insco Distributing/Euler Hermes Col..**

Nonpriority Creditor's Name

**800 Red Brook Blvd. 400C**

Number    Street

**Owings Mills, MV  21117**

_____

City                      State   ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **0   1   5   8**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **supplies**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.48

**$8,599.00**

**Jefferson Bank**
Nonpriority Creditor's Name

**P O Box 5190**
Number     Street

**San Antonio**     **TX**    **78201**
City         State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  **2**  **0**  **9**  **6**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

### 4.49

**$5,998.00**

**JPMCB Card Services**
Nonpriority Creditor's Name

**P O Box 15369**
Number     Street

**Wilmington**     **DE**    **19850**
City         State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  **9**  **8**  **2**  **1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

### 4.50

**$1,527.00**

**JPMCB Card Services**
Nonpriority Creditor's Name

**P O Box 15369**
Number     Street

**Wilmington**     **DE**    **19850**
City         State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  **2**  **0**  **4**  **0**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.51

**Unknown**

**KINGSMEAD ASSET HOLDING TRUST**
Nonpriority Creditor's Name
**13024 BALLANTYNE CORPORATE WAY # 425**
Number        Street
_____

**CHARLOTTE          NC     28277**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Lease 12226 Mountain Pine**

### 4.52

**$1,035.00**

**Kingston Data & Credit Intern'l**
Nonpriority Creditor's Name
**1701 Drew St, Unit 8**
Number        Street
_____

**Clearwater          FL     33755**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2  7  6  4**
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Anytime Fitness Floresville**

### 4.53

**$3,970.00**

**Liberty Mutual Ins.**
Nonpriority Creditor's Name
**100 Liberty Way**
Number        Street
_____

**Dover          NH     03820**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Disputed business debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.54 | | **$7,500.00** |
|---|---|---|

**Lone Star Tunneling & Excavation**
Nonpriority Creditor's Name

**1005 Perez**
Number        Street

_____

**San Antonio          TX      78207**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **goods and services purchased on credit**

| 4.55 | | **$79,505.00** |
|---|---|---|

**Macias Excavation, LLC**
Nonpriority Creditor's Name

**c/o Eugene Moore, III**
Number        Street

**5802 IH 10 West**

_____

**San Antonio          TX      78201**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Disputed business debt**

## Part 2:　Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.56 | | $51.53 |

**McKenzie Paul & Assoc./E.Carter**
Nonpriority Creditor's Name
**2251 Double Creek Dr. #503**
Number　　　Street

_____

**Round Rock**　　　**TX**　　**78864**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**medical - E. Carter**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**　**11/23**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **medical services**

| 4.57 | | $434.00 |

**National Pen Co.**
Nonpriority Creditor's Name
**P. O. Box 847203**
Number　　　Street

_____

**Dallas**　　　　　**TX**　　**75284**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**　**2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **supplies**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

**4.58**

**Nationwide/Agent**
Nonpriority Creditor's Name
**Higginbotham Ins. Agency**
Number    Street
**500 W. 13th St.**

**Fort Worth**     **TX**    **76102**
City           State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$6,482.00**

**Last 4 digits of account number**   **2**   **8**   **1**   **5**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **insurance**

---

**4.59**

**Newlands Asset Holding Trust,**
Nonpriority Creditor's Name
**c/o Harper Property Management**
Number    Street
**18756 Stone Oak Parkway #102**

**San Antonio**     **TX**    **78358**
City           State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Unknown**

**Last 4 digits of account number**   __   __   __   __
**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Lease**

---

**4.60**

**NTTA Zip Cash**
Nonpriority Creditor's Name
**P O Box 260928**
Number    Street

**Plano**     **TX**    **75026**
City           State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$200.00**

**Last 4 digits of account number**   __   __   __   __
**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Notice Only**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.61**                                       **$9,930.00**

**OneMain**
Nonpriority Creditor's Name

**P O Box 1010**
Number    Street

**Evansville**          **IN**     **47706**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0**   **8**   **9**   **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Loan**

---

**4.62**                                         **$444.00**

**Rental One**
Nonpriority Creditor's Name

**P O Box 489**
Number    Street

**Colleyville**         **TX**     **76034**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Rental**

---

**4.63**                                         **$7,500.00**

**Restoration 1 of Central San Antonio**
Nonpriority Creditor's Name

**5415 Bandera Rd.**
Number    Street

**Leon Valley**        **TX**     **78238**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Disputed business debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.64

**ROK Financial**
Nonpriority Creditor's Name

**3500 Sunrise Hwy. Bldg 100,#201**
Number      Street

**Great River, N. Y. 11739**

_____

_____

City                State      ZIP Code

**$105,000.00**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   **2023**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

---

4.65

**San Antonio Water System**
Nonpriority Creditor's Name

**P. O. Box  2990**
Number      Street

_____

_____

**San Antonio**           **TX**      **78299**
City                State      ZIP Code

**$164.00**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   **12/23**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Water**

---

4.66

**San Antonio WinSupply**
Nonpriority Creditor's Name

**2510 E. McArthur View**
Number      Street

_____

_____

**San Antonio**           **TX**      **78217**
City                State      ZIP Code

**$30,000.00**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   **2023**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **goods and services purchased on credit**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.67 | |
|---|---|

| | | | **$8,229.73** |

**Service Uniform**
Nonpriority Creditor's Name
**2580 S. Raritan St.**
Number       Street

_____

| **Englewood** | **CO** | **80110** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**   2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **uniforms**

| 4.68 | |
|---|---|

| | | | **$24,180.79** |

**Southwest Credit Card/Chase**
Nonpriority Creditor's Name
**P. O. Box 15298**
Number       Street

_____

| **Wilmington** | **DE** | **19850** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  5  1  5  8
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

| 4.69 | |
|---|---|

| | | | **$362.00** |

**Spectrum/Charter Comm.**
Nonpriority Creditor's Name
**4145 S. Falkenburg Rd.**
Number       Street

_____

| **Riverview** | **FL** | **33578** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  5  6  8  1
**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **telephone**

Debtor 1 **Eric Charles Carter**

Debtor 2 **Amy Ann Sheegog**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.70**

Unknown

**State Auto Ins Co/Risk Pro Mgt**
Nonpriority Creditor's Name

**9895 IH 10 West**
Number       Street

_____

**San Antonio          TX      78230**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**insurance**

---

**4.71**

$645.00

**Synchrony/Lowes**
Nonpriority Creditor's Name

**P O Box 965005**
Number       Street

_____

**Orlando              FL      32896**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4   2   0   2**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

---

**4.72**

$11,557.00

**Texas First Rentals**
Nonpriority Creditor's Name

**P. O. Box 207916**
Number       Street

_____

**San Antonio          TX      78220**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Rentals**

---

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.73**

| | **$60,045.61** |

**Tioga Contractors**
Nonpriority Creditor's Name
**136 S. Norwood Drive**
Number        Street

_____

_____

**Hurst**                    **TX    76053**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Loan**

**4.74**

| | **$200.00** |

**Tx Tag**
Nonpriority Creditor's Name
**P. O. Box 650749**
Number        Street

_____

_____

**Dallas**                    **TX    75265**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business debt**

**4.75**

| | **Unknown** |

**United Healthcare Ins./TotalSource**
Nonpriority Creditor's Name
**P. O. Box 740800**
Number        Street

_____

_____

**Atlanta**                    **GA    30374**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **insurance**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.76

**$31,994.13**

**US Bank**
Nonpriority Creditor's Name

**P. O. Box 6353**
Number        Street

_____

_____

**Fargo**                    **ND    58125**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **2  5  4  3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

### 4.77

**$3,945.13**

**US Bank State Farm**
Nonpriority Creditor's Name

**P. O. Box 6380**
Number        Street

_____

_____

**Fargo**                    **ND    58125**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **1  1  8  7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

### 4.78

**$150.00**

**Valor Intelligence Processing**
Nonpriority Creditor's Name

**P. O. Box 207899**
Number        Street

_____

_____

**Dallas**                    **TX    75320**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __  __  __  __

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Disputed business debt**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

| 4.79 |
|---|

**$30,000.00**

**Win Supply**
Nonpriority Creditor's Name
**10000 Iota Dr.**
Number        Street

_____

_____

| **San Antonio** | **TX** | **78217** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___  ___  ___  ___

**When was the debt incurred?**     2023

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Disputed business debt**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**33 Mile Radius**
Name
**P. O. Box 518**
Number      Street


**Bath**          **OH**    **44212**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**A & A Sewer Contractors**
Name
**519 Montrose**
Number      Street


**San Antonio**    **TX**    **78223**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Ad Pages**
Name
**1705 K Ave**
Number      Street


**Plano**          **TX**    **75074**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Adobe**
Name
**345 Park Ave.**
Number      Street


**San Jose**       **CA**    **95110**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**ADT Security Services**
Name
**1501 Yamato Rd.**
Number      Street


**Boca Raton**     **FL**    **33431**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Advance America**
Name
**135 North Church St.**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Spartanburg**     **SC**     **29306**
City     State     ZIP Code

---

**Advanced Flow Technologies**
Name
**10505 O'Connor Rd., #7 5327**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**     **TX**     **78239**
City     State     ZIP Code

---

**Aetna/ADP Healthcare**
Name
**151 Farmington Avenue**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Hartford**     **CT**     **06156**
City     State     ZIP Code

---

**AGIA Insurance**
Name
**1155 Eugenia Place**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Carpinteria**     **CA**     **93013**
City     State     ZIP Code

---

**Albert Uresti/Bexar Tax Assessor**
Name
**233 N. Pecos La Trinidad**
Number     Street
**Vista Verde Bldg.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

**ad valorem taxes**     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**     **TX**     **78207**
City     State     ZIP Code

---

**Albert Uresti/Bexar Tax Collector**
Name
**3370 Nacogdoches Rd.**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**     **TX**     **78217**
City     State     ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|-------------------------------------------------------------------------------------|

**All Kind Enterprises**
Name
**13134 Fair Acres Way**
Number       Street

**San Antonio**          **TX**    **78233**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Alliant CU**
Name
**11545 W. Touhy Ave.**
Number       Street

**Chicago**          **IL**    **60666**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Ally**
Name
**P. O. Box 380902**
Number       Street

**Bloomington**          **MN**    **55438**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Ally**
Name
**P O Box 951**
Number       Street

**Horsham**          **PA**    **19044**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Almouie Pediatrics**
Name
**695 W Loop 1604 S**
Number       Street

**San Antonio**          **TX**    **78245**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Almouie Pediatrics**
Name
**23110 IH-10 West**
Number       Street

**San Antonio**          **TX**    **78257**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Almouie Pediatrics**
Name
**18470 Blanco, #105**
Number        Street

_____

**San Antonio**          **TX**    **78258**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Almouie Pediatrics**
Name
**85353 Blanco #103**
Number        Street

_____

**San Antonio**          **TX**    **78216**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Almouie Pediatrics**
Name
**5939 Babcock Road**
Number        Street

_____

**San Antonio**          **TX**    **78240**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Alpine Equipment/Castoro**
Name
**P. O. Box 13008**
Number        Street

_____

**Newport Beach**          **CA**    **95658**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Alpine Equipment/Castoro Capital**
Name
**120 Newport Center Dr., #100**
Number        Street

_____

**Newport Beach**          **CA**    **92660**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**American Express**
Name
**P O Box 981537**
Number        Street

_____

**El Paso**          **TX**    **79998**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Amex/Citibank, N.A.**
Name
**9111 Duke blvd**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

**Credit Card**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Mason**          **OH**   **45040**
City          State    ZIP Code

---

**Anytime Fitness Floresville**
Name
**534 10th St.**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Floresville**      **TX**   **78114**
City          State    ZIP Code

---

**Apple Card - GS Bank**
Name
**Lockbox 6112**
Number       Street
**P O Box 7247**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Philadelphia**      **PA**   **19170**
City          State    ZIP Code

---

**Apple La Cantera/Direct Capital**
Name
**15900 La Cantera Pkwy**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

**phone lease**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**      **TX**   **78256**
City          State    ZIP Code

---

**Apple.com**
Name
**Apple One, Apple Park Way**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Cupertino**      **CA**   **95014**
City          State    ZIP Code

---

**Arm & Hammer Excavation**
Name
**119 Clark Ave.**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**      **TX**   **78203**
City          State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Arrowhead General Insurance**
Name
**701 B street, #2100**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**San Diego**            **CA**    **92101**
City                     State     ZIP Code

---

**Aston Global Inc**
Name
**902 Nicholson Rd., #100**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Garland**              **TX**    **75042**
City                     State     ZIP Code

---

**AT & T**
Name
**208 S. Akard St.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Dallas**               **TX**    **75202**
City                     State     ZIP Code

---

**AT Automotive Inc.**
Name
**950 W. Hildebrnd Ave.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**San Antonio**          **TX**    **78201**
City                     State     ZIP Code

---

**ATT**
Name
**208 S. Akard St.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Dallas**               **TX**    **75202**
City                     State     ZIP Code

---

**ATTTV Now**
Name
**208 S. Akard St.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Dallas**               **TX**    **75202**
City                     State     ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|---------------------------------------------------------------------------------------|

**Avila Excavation**
Name
**8800 S. Foster Rd.**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**San Antonio**        **TX**    **78222**
City                   State     ZIP Code

**Bac Flo Unlimited**
Name
**P O Box 1113**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Boerne**             **TX**    **78006**
City                   State     ZIP Code

**Bank of America**
Name
**P. O. Box 672050**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _5_ _6_ _2_ _9_

**Dallas**             **TX**    **75267**
City                   State     ZIP Code

**Bank of America**
Name
**Bank of America Corp Center**
Number    Street
**100 N. Tryon St.**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Charlotte**          **NC**    **28255**
City                   State     ZIP Code

**Barbara Lamar PLLC**
Name
**602 W. French Pl**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**San Antonio**        **TX**    **78212**
City                   State     ZIP Code

**Barbara Sheegpg**
Name
**1249 Knox Rd.**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Keller**             **TX**    **76262**
City                   State     ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**BCBS**
Name

**P O Box 650615**
Number        Street

_____

**Dallas**            **TX**    **75265**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**BCBSTX**
Name

**P O Box 660044**
Number        Street

_____

**Dallas**            **TX**    **75266**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**BCBSTX Corp**
Name

**1001 E. Lookout Dr.**
Number        Street

_____

**Richardson**        **TX**    **75082**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Berkshire Hathaway Guard Ins Co**
Name

**P. O. Box A-H, 39 Public Square**
Number        Street

_____

**Wilkes-Barre**      **PA**    **18703**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**insurance**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Best Egg**
Name

**P O Box 42912**
Number        Street

_____

**Philadelphia**      **PA**    **19101**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Bexar County**
Name

**c/o Don Stecker**
Number        Street

**112 E. Pecan St. #2200**

**San Antonio**       **TX**    **78205**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**taxes**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Bexar County Clerk/2023CV3571**
Name
**100 Dolorosa,#104**
Number    Street

_____

**San Antonio**        **TX**    **78205**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Big O Tires/TBC Corporation**
Name
**4280 Professional Center Dr.**
Number    Street
**Suite 400**

**West Palm Beach**    **FL**    **33410**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Bill.com**
Name
**1810 Embarcadero Rd.**
Number    Street

_____

**Palo Alto**        **CA**    **94303**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Blue Cross Blue Shield**
Name
**750 9th St. NW**
Number    Street

_____

**Washington**        **DC**    **20001**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Blue Cross Blue Shield**
Name
**200 E. Randolph**
Number    Street

**Chicago**        **IL**    **60601**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
insurance                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Blue Cross Blue Shield of TX**
Name
**P. O. Box 655730**
Number    Street

**Dallas**        **TX**    **75285**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
insurance                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

BNI
Name
11525 N Community House Rd., #475
Number        Street

_____

Charlotte            NC      28277
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

BP Fuel
Name
P. O. box 1239
Number        Street

_____

Covington            LA      70434
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

BP/Amoco
Name
5301 Maryland Way
Number        Street

_____

Brentwood            TN      37027
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Fuel**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Bracken Collision
Name
26995 HWY 281
Number        Street

_____

San Antonio          TX      78260
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Brinks Home Security
Name
1990 Wittington Place
Number        Street

_____

Dallas               TX      75234
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Brown & Brown Lonestar Ins Svcs
Name
3201 Cherry Ridge, #D405
Number        Street

_____

San Antonio          TX      78230
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Business Network International**
Name
**11525 N. Community House Rd #4**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Charlotte**            **NC**    **28277**
City                    State    ZIP Code

---

**ByzFunder**
Name
**263 W. 38th St. Fl 13**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**New York**            **NY**    **10018**
City                    State    ZIP Code

---

**Byzfunder NY LLC**
Name
**c/o Ariel Bouskila**
Number        Street
**1545 U.S. 202, Suite 101**

**Pomona, N.Y, 10970**

City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Loan**                                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**C12 Centra**
Name
**43 Cravey Rd.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Boerne**              **TX**    **78006**
City                    State    ZIP Code

---

**C6 Disposal**
Name
**2123 FM 1516**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Converse**            **TX**    **78109**
City                    State    ZIP Code

---

**CallCap**
Name
**245 N. Waco Ave., #300**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Witchita**            **KS**    **67202**
City                    State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|---------------------------------------------------------------|

**Capital One**
Name
**P O Box 31293**
Number      Street

**Salt Lake City      UT    84131**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Capital One/Cabela**
Name
**P. O. Box 60519**
Number      Street

**City of Industry      CA    91716**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Carrier Enterprise, LLC**
Name
**4300 Golf Acres Dr.**
Number      Street

**Charlotte      NC    28208**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Castoro Capital Inc.**
Name
**120 Newport Center Dr., #100**
Number      Street

**Newport Beach      CA    92660**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Centra C12**
Name
**43 Cravey Rd.**
Number      Street

**Boerne      TX    78006**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Central TX Regional Mobility**
Name
**RMA Toll Processing**
Number      Street
**P. O. Box 734182**

**Dallas      TX    75373**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Central TX Regional Mobility**
Name
**RMA Toll Processing**
Number       Street
**P. O. Box 142877**

**Austin**              **TX**     **78754**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Century HVAC Distribution**
Name
**2646 Manana Dr.**
Number       Street

**Dallas**              **TX**     **75220**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Charger Water**
Name
**8150 Lehigh Ave, Ste A**
Number       Street

**Morton Grove**        **IL**     **60053**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Chase/Southwest Credit Card**
Name
**P. O. Box 6294**
Number       Street

**Carol Stream**        **IL**     **60197**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Chase/Southwest Credit Card**
Name
**JP Morgan Chase & Co**
Number       Street
**270 Park Ave.**

**New York**            **NY**     **10017**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Christus Health**
Name
**5101 N. O'Connor Blvd**
Number       Street

**Irving**              **TX**     **75062**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Cintas Corp**
Name
**P O Box 88005**
Number      Street

_____

**Chicago**              **IL**      **60680**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Cintas Corp.**
Name
**2580 S. Raritan St.**
Number      Street

_____

**Englewood**            **CO**      **80110**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Cintas Corp.**
Name
**3349 S.E. Loop 410**
Number      Street

_____

**San Antonio**          **TX**      **78222**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Cintas Corporation No. 2**
Name
**c/o Allen D. Russell**
Number      Street
**2777 Allen Parkway #1000**

_____

**Houston**              **TX**      **77019**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Cisco, Inc./Pens.com/Nat. Pen Co**
Name
**Dept. 126924**
Number      Street
**P. O. Box 1259**

_____

**Oaks**                 **PA**      **19456**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Cisco, Inc/National Pen Co.**
Name
**1702 Townhurst Rd.**
Number      Street

_____

**Houston**              **TX**      **77043**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Disputed assigned debt**     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|-------------------------------------------------------------------------------------|

**Citi Aadvantage**
Name
**Box 6500**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Sioux Falls**        **SD**    **57117**
City                   State     ZIP Code

---

**Citi Costco**
Name
**P. O. Box 78019**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Phoenix**            **AZ**    **85062**
City                   State     ZIP Code

---

**Citibank**
Name
**388 Greenwich St.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**New York**           **NY**    **10013**
City                   State     ZIP Code

---

**Citibank, N.A.**
Name
**701 E. 60th St.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
credit card                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**N. Sioux Falls**     **SC**    **57117**
City                   State     ZIP Code

---

**Clarity Voice**
Name
**2 Corporate Dr., #250**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Southfield**         **MI**    **48076**
City                   State     ZIP Code

---

**Clarity Voice**
Name
**2 Corporate Dr., #250**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Southfield**         **MI**    **48076**
City                   State     ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Clarity/ODK Capital/CNU**
Name
**901 N. Stuart St., Fl 7**
Number    Street

_____

**Arlington**    **VA**    **22203**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Clearview Bookkeeping**
Name
**P O Box 576**
Number    Street

_____

**Boerne**    **TX**    **78006**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Comenity Bank/Buckle**
Name
**ATTN: Customer Service**
Number    Street
**P O Box 182789**

_____

**Columbus**    **OH**    **43218**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Concentra**
Name
**5080 Spectrum Dr., #1200W**
Number    Street

_____

**Addison**    **TX**    **75001**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Contgract Resolve Grp/Std. Supply**
Name
**101 W Farmers Rd**
Number    Street

_____

**Seagoville**    **TX**    **75159-3719**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

**Disputed assigned debt**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Convergent Commercial, Inc.**
Name
**925 Westchester Ave., #101**
Number    Street

_____

**White Plains**    **NY**    **10604**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Corporate Communications**
Name
**One ADP Blvd, Mail Stop C421**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Roseland**        **NJ**    **07068**
City        State    ZIP Code

---

**CPS Energy**
Name
**Bankruptcy Dept.**
Number        Street
**Mail Drop 110910**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**        **TX**    **78215**
City        State    ZIP Code

---

**CPS Energy**
Name
**P O Box 2678**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**        **TX**    **78289**
City        State    ZIP Code

---

**Credit One Bank**
Name
**6801 S. Cimarron Rd.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Las Veggas**        **NV**    **89113**
City        State    ZIP Code

---

**Cruz Excavation**
Name
**P O Box 200211**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**        **TX**    **78220**
City        State    ZIP Code

---

**Customer Lobby, LLC**
Name
**4280 Professional Center Dr, #400**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**West Palm Beach**        **FL**    **33410**
City        State    ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Dept of Commerce FCU**
Name
**Consumer Response Bldg**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):
**Loan**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Washington        DC     20580**
City                State   ZIP Code

Last 4 digits of account number    0   5   2   7

---

**Dept of Commerce, CU**
Name
**Herbert C. Hoover Bldg #B18**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):
**trailer loan**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Washington        DC     20230**
City                State   ZIP Code

Last 4 digits of account number    0   5   2   7

---

**Direct Capital/First Citizens Bank**
Name
**239 Fayetteville St.**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Raliegh            NC     27601**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**DirecTV**
Name
**2230 E. Imperial Hwy**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**El Segundo         CA     90245**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**Discover Financial Services**
Name
**P. O. Box 30943**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Salt Lake City     UT     84130**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**Discover Financial Services**
Name
**2500 Lake Cook Rd.**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Riverwoods         IL     60015**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Dist Clerk No. 22-12-16546**
Name
**301 N Main St.**
Number        Street

_____

**Conroe**            **TX**    **77301**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**E Barnett**
Name
**P O Box 2317**
Number        Street

_____

**Jacksonville**        **FL**    **32207**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**E Local USA**
Name
**1100 E. Hector St., #101**
Number        Street

_____

**Conshohockken**        **PA**    **19428**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Easy Ice**
Name
**P O Box 879**
Number        Street

_____

**Marquette**            **MI**    **49855**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Elevate 1 Financial, LLC**
Name
**400 N. Trustin Ave, #140**
Number        Street

_____

**Santa Ana**            **CA**    **92705**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Elliott Electric Supply**
Name
**2526 N. Stallings Dr.**
Number        Street

_____

**Ncogdoches**          **TX**    **75964**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Environmental Biotech**
Name
**3025 Lakewood Ranch Blvd., #106**
Number        Street

**Bradenton        FL    34211**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**ERAC Toll**
Name
**600 Corporate Park Dr.**
Number        Street

**St. Louis        MO    63105**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Euler Hermes**
Name
**800 Red Brook Blvd. #400C**
Number        Street

**Owings Mills        MD    21117**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Ever Connect**
Name
**P O Box 518**
Number        Street

**Bath        OH    44212**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Everyones ENT & Sinus**
Name
**21738 Hardy Oak Blvd. #103**
Number        Street

**San Antonio        TX    78258**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Ferguson Enterprises**
Name
**751 Lakefront Commons**
Number        Street

**Newport News        VA    23606**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**FIA/Bank of America**
Name
**BK Dept. NC4-105-03-14**
Number      Street
**4161 Piedmont Parkway**

_____
**Greensboro**           **NC**     **27410**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**credit card-line of credit**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Fidelity Investments**
Name
**Cardmember Customer Service**
Number      Street
**P O Box 6376**

_____
**Fargo**                **ND**     **58125**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Fifth Third Bank**
Name
**8549 McCullough**
Number      Street

_____
**San Antonio**          **TX**     **78216**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Filtration Products, LLC**
Name
**1218 N Hackberry St.**
Number      Street

_____
**San Antonio**          **TX**     **78202**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Finish It Solutions**
Name
**3912 Polar Brook Dr.**
Number      Street

_____
**Fort Worth**           **TX**     **76244**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**First Citizens Bank & Trust**
Name
**239 Fayetteville St.**
Number      Street

_____
**Raleigh**              **NC**     **27601**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**First Citizens Bank & Trust**
Name
**5950 Sherry Lane #100**
Number        Street

**Dallas**              **TX**    **75225**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**equipment lease**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**First Premier**
Name
**3820 N. Louise Ave**
Number        Street

**Sioux Falls**         **SD**    **57107**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Fleetcor Funding/BP Fuel**
Name
**P O Box 1239**
Number        Street

**Covington**           **LA**    **70434**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Fob1, LLC**
Name
**P O Box 790**
Number        Street

**Boerne**              **TX**    **78006**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Foremost Insurance**
Name
**5600 Beechtree Ln, SE**
Number        Street

**Caledonia**           **MI**    **49316**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Fortiline**
Name
**7025 Nowthwinds Dr., NW**
Number        Street

**Concord**             **NC**    **28027**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Fout Enterprises, Inc.**
Name
**1501 Briarcrest Dr.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Grapevine**          **TX**   **76051**
City                   State    ZIP Code

---

**Gen Cas. Ins. Wisconsin**
Name
**Brown & Brown Lonestar Inc.**
Number      Street
**3201 Cherry Ridge Dr. D405**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**San Antonio**        **TX**   **78230**
City                   State    ZIP Code

---

**Global Payments Inc.**
Name
**3550 Lenox Rd.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Atlanta**            **GA**   **30326**
City                   State    ZIP Code

---

**GM Contractors**
Name
**103 Jackson Keller Rd., #208**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**San Antonio**        **TX**   **78216**
City                   State    ZIP Code

---

**GM Financial**
Name
**801 Cherry St., #3500**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Fort Worth**         **TX**   **76102**
City                   State    ZIP Code

---

**Goldman Sachs Bank USA**
Name
**P O Box 45400**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Salt Lakke City**    **UT**   **84145**
City                   State    ZIP Code

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Grainger**
Name
**4924 NW Loop 410**
Number          Street

_____

**San Antonio**          **TX**    **78229**
City                           State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Grainger**
Name
**100 Grainger Parkway**
Number          Street

_____

**Lake Forest**          **IL**    **60045**
City                           State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Granite Bay Acceptance**
Name
**1781 Vineyard Dr., #222**
Number          Street

_____

**Antioch**          **CA**    **94509**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**GreenSky, LLC**
Name
**P. O. Box 29429**
Number          Street

_____

**Atlanta**          **GA**    **30359**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Financing fees**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**GreenSky, LLC**
Name
**5565 Glenridge Con, 7th Floor**
Number          Street

_____

**Atlanta**          **GA**    **30342**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Guardian Health Insurance**
Name
**10 Hudson Yards**
Number          Street
**New York, NY 100012**

_____

City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Hajoca/Moore Supply**
Name
**7801 SOUTH COOPER**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**ARLINGTON**          **TX**    **76001**
City                  State   ZIP Code

**Happy Money Inc**
Name
**21515 Hawthorne Blvd, #200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Torrance**          **CA**    **90503**
City                  State   ZIP Code

**Harris County Toll Road Authority**
Name
**P. O. Box 4440, Dept. 8**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Houston**          **TX**    **77210**
City                  State   ZIP Code

**Headway Capital, LLC**
Name
**175 W. Jackson Blvd, #1000**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Chicago**          **IL**    **60604**
City                  State   ZIP Code

**Health Care Service/BCBSTX**
Name
**1001 E. Lookout Dr.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Richardson**          **TX**    **75082**
City                  State   ZIP Code

**Higginbotham Ins. Agency**
Name
**500 W. 13th ST.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Ft. Worth**          **TX**    **76102**
City                  State   ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Hill Electric**
Name
**9999 Perrin Beitel**
Number        Street

_____

**San Antonio**        **TX**    **78217**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Holes of San Antonio, Inc.**
Name
**118 Braniff Dr.**
Number        Street

_____

**San Antonio**        **TX**    **78216**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Home Advisor, Inc.**
Name
**14023 Denver West Pkwy, Bldg 64, #200**
Number        Street

_____

**Golden**        **CO**    **80401**
City               State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Home Depot**
Name
**2455 Paces Ferrry Rd., NW**
Number        Street

_____

**Atlanta**        **GA**    **30339**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Hughes Supply/Hajoca**
Name
**4510 Rittiman Rd.**
Number        Street

_____

**San Antonio**        **TX**    **78218**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Insco Distributing**
Name
**P O Box 690610**
Number        Street

_____

**San Antonio**        **TX**    **78269**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**supplies**                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **0**  **1**  **5**  **8**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Internal Revenue Service**
Name
**Special Proc Insolvency Sec.**
Number    Street
**P.O. Box 7346**

_____
**Philadelphia          PA      19101**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**taxes**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**IR/Blue Front Financial dba Ladder Loans**
Name
**25361 Commercentre Dr., #100**
Number    Street

_____
**Lake Forest          CA      92630**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**IR/Priority Plus Finance**
Name
**18001 Cowan #E**
Number    Street

_____
**Irvine          CA      92614**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**IR/Symple Lending Inc.**
Name
**3333 Michelson Dr. 3rd Fl #40**
Number    Street

_____
**Irvine          CA      92612**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**IRS/Spec. Proc.Group**
Name
**1100 Commerce St.**
Number    Street
**M Code 5020 DAL Room 9A20**

_____
**Dallas          TX      75242**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**J. Phillip Collier**
Name
**8023 Vantage Drive #590**
Number    Street

_____
**San Antonio          TX      78230**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Jack Henry & Associates, Inc.**
Name
**663 W. Hwy 60**
Number        Street

_____

**Monett**              **MO**    **65708**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

---

**Jefferson Bank-LVBC**
Name
**P O Box 5190**
Number        Street

_____

**San Antonio**          **TX**    **78201**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

---

**Johnstone Supply**
Name
**11632 NE Ainsworth Circle**
Number        Street

_____

**Portland**             **OR**    **97220**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

---

**Johnstone Supply/Pettit Group**
Name
**P. O. Box 23716**
Number        Street

_____

**Harahan**              **LA**    **70183**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**supplies**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

---

**Jora Management LLC**
Name
**5800 Spectrum Dr., #700W**
Number        Street

_____

**Addison**              **TX**    **75001**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

---

**Joseph De La Montanya**
Name
**9214 Moon Shine**
Number        Street

_____

**San Antonio**          **TX**    **78254**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**JPMCB Card Services**
Name
**301 N Walnut St., Fl 9**
Number    Street

**Wilmington**    **DE**    **19801**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Kuber Financial**
Name
**200 Spectrum Center Dr.**
Number    Street

**Irvine**    **CA**    **92618**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Lampo Group**
Name
**1011 Reams Fleming Blvd**
Number    Street

**Franklin**    **TN**    **37064**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**LanCarte Commercial**
Name
**2627 Tillar St., #121**
Number    Street

**Fort Worth**    **TX**    **76107**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**agent for Vaquero Bandera Partners, LP lease on Bandera Rd., San Antonio, TX**

**Law Office of J. Philip Collier**
Name
**8023 Vantage Dr., #590**
Number    Street

**San Antonio**    **TX**    **78230**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Lennox Industires Inc.**
Name
**2100 Lake Park Blvd**
Number    Street

**Richardson**    **TX**    **75080**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Leviton Law Firm/Liberty Mutual**
Name
**One Piere Place, #725W**
Number    Street

**Itasca**      **IL**    **60143**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - Liberty Mutual** ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Liberty Life Assurance Co.**
Name
**175 Berkeley**
Number    Street

**Boston**      **MA**    **02116**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Liberty Mutual Ins.**
Name
**c/o Leviton Law Firm**
Number    Street
**One Pierce Place #725W**

**Itasca**      **IL**    **60143**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Liberty Mutual Ins.**
Name
**c/o Pucin & Friedland**
Number    Street
**5805 Sepulveda Blvd. 4th Fl.**

**Sherman Oaks**      **CA**    **91411**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Liberty Tax**
Name
**215 W. Bandera Rd., #104**
Number    Street

**Boerne**      **TX**    **78006**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Longhorn, Inc.**
Name
**P.O. Box 59929**
Number    Street
**2640 Tarna Drive**

**Dallas**      **TX**    **75229**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Lube Lizard LLC**
Name
**8502 Speedway Dr.**
Number        Street

_____

**San Antonio**          **TX**      **78230**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Lupe Leija Roofing**
Name
**4022 City View Dr.**
Number        Street

_____

**San Antonio**          **TX**      **78228**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Macias Excavation**
Name
**688 Stonewall St.**
Number        Street

_____

**San Antonio**          **TX**      **78214**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Macias Excavation, LLC**
Name
**6471 Montgomery Dr.**
Number        Street

_____

**San Antonio**          **TX**      **78239**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Madz Excavations**
Name
**8530 Coppersky**
Number        Street

_____

**Converse**             **TX**      **78109**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Magnolia Construction & Remodeling**
Name
**10506 Ashbury Creekk**
Number        Street

_____

**San Antonio**          **TX**      **78245**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Mariner Finance**
Name
**8211 Town Center Dr.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Nottingham**          **MD**    **21236**
City                State    ZIP Code

---

**Metro Waste Systems, LLC**
Name
**16230 TX 16,**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Poteet**              **TX**    **78065**
City                State    ZIP Code

---

**Moore Supply/Hajoca**
Name
**2323 Ross Avenue, #1900**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Dallas**              **TX**    **75201**
City                State    ZIP Code

---

**Morrison Supply**
Name
**P O Box 841183**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Dallas**              **TX**    **75284**
City                State    ZIP Code

---

**Morrison Supply**
Name
**P O Box 70**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Fort Worth**          **TX**    **76101**
City                State    ZIP Code

---

**Morrison Supply Co.**
Name
**10130 Jones Maltsberger**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**San Antonio**         **TX**    **78216**
City                State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**MSC Industrial Supply Co.**
Name
**515 Broadhollow Rd.**
Number　　Street
**Melville**

**New York**　　　　**NY**　　**11747**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**My Fleet Center**
Name
**P O Box 620130**
Number　　Street

**Middleton**　　　　**WI**　　**53562**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**National Wholesale**
Name
**1972 California Crossing Rd.**
Number　　Street

**Dallas**　　　　　**TX**　　**75220**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Nationwide Allied Insurance**
Name
**One W Nationwide Blvd. #1-04-701**
Number　　Street

**Columbus**　　　　**OH**　　**43215**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Nationwide Ins.**
Name
**P. O. Box 514540**
Number　　Street

**Los Angeles**　　　**CA**　　**90051**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
**insurance**　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**North Hills Family Medicine**
Name
**18818 Meisner Dr.**
Number　　Street

**San Antonio**　　　**TX**　　**78258**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**North Texas Toll Authority**
Name
**P O Box 260928**
Number     Street

_____

**Plano**          **TX**    **75026**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**NTTA Zip Cash**
Name
**P. O. Box 660244**
Number     Street

_____

**Dallas**         **TX**    **75266**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Office Supply America**
Name
**4907 NW Industrial Dr.**
Number     Street

_____

**San Antonio**    **TX**    **78238**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Onemain Financial**
Name
**601 NW 2nd St.**
Number     Street

_____

**Evansville**     **IN**    **47708**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Onemain Financial**
Name
**P O Box 33327**
Number     Street

_____

**Evansville**     **IN**    **47706**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Open Edge/Global Payments**
Name
**3550 Lenox Rd.**
Number     Street

_____

**Atlanta**        **GA**    **30326**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Oslin Nation Co.**
Name
**12095 Starcrest Dr.**
Number        Street

**San Antonio**          **TX**     **78247**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Pay Pal**
Name
**3505 Silverside Rd., #200**
Number        Street

**Wilmington**           **DE**     **19810**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Penn Credit/Central TX Mobility**
Name
**P. O. Box 69703**
Number        Street
**Collecting for - Central
TX Mobility**

**Harrisburg**           **PA**     **17106**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**PHCC Texas**
Name
**10103 Broadway**
Number        Street

**San Antonio**          **TX**     **78217**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Plumber Choice**
Name
**639 E. Main St., #B106**
Number        Street

**Henderson**            **TN**     **37075**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Plumber's Choice, LLC**
Name
**113 Shivel Dr.**
Number        Street

**Hendersonville**       **TN**     **37075**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Pro Defense Pest Control**
Name
**12951 Huebner #780371**
Number     Street

**San Antonio**     **TX**     **78230**
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Professioanl Acct Mgmt**
Name
**P. O. Box 863867**
Number     Street

**Plano**     **TX**     **75086**
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Progressive Casualty Insurance**
Name
**6300 Wilson Mills Rd.**
Number     Street

**Mayfield Vlg**     **OH**     **44143**
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Prosperwebbank**
Name
**221 Main St., #300**
Number     Street

**San Francisco**     **CA**     **94105**
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Pucin & Friedland/Liberty Mutual**
Name
**5805 Sepulveda Blvd. 4th floor**
Number     Street

**Sherman Oaks**     **CA**     **91411**
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - Liberty Mutual** ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

---

**Pucin & Friedland/Liberty Mutual**
Name
**1698 E. Woodfield Rd. #360A**
Number     Street

**Schaumburg**     **IL**     **60173**
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - Liberty Mutual** ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     __ __ __ __

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**PulseM**
Name
**17304 Preston Rd., #1230**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**              **TX**    **75252**
City                    State     ZIP Code

---

**QI Exchange**
Name
**P O Box 8500**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Philadelphia**        **PA**    **19178**
City                    State     ZIP Code

---

**QU Exchange/Nat'l BK Center**
Name
**P. O. Box 62180**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Colorado Springs**    **CO**    **80962**
City                    State     ZIP Code

---

**Quinnstreet**
Name
**950 Tower Lane**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Foster City**         **CA**    **94404**
City                    State     ZIP Code

---

**Rampart Engineering, PLLC**
Name
**9900 Spectrum Dr.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**              **TX**    **78717**
City                    State     ZIP Code

---

**Ramsey Solutions**
Name
**1011 Reams Fleming Blvd**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Franklin**            **TN**    **37064**
City                    State     ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Realtime Reviews.com**
Name
**435 12th St. W #215**
Number        Street


**Bradenton**              **FL**    **34205**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Receivable Mgt Svc./Blue Cross**
Name
**P. O. Box 19646**
Number        Street


**Minneapolis**            **MN**    **55419**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Blue Cross**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Red Palm Studios**
Name
**451 Southwind Rd.**
Number        Street


**Bridgeport**             **TX**    **76426**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Regio Auto Glass**
Name
**2506 Stratford Ct.**
Number        Street


**San Antonio**            **TX**    **78223**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Regional Finance**
Name
**979 Batesville Rd., Suite B**
Number        Street


**Greer**                  **SC**    **29651**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Rheeem WHD Pro Plumber**
Name
**1100 Abernathy Rd., #1700**
Number        Street


**Atlanta**                **GA**    **30328**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Risk Protection Managers/State Auto**
Name
**9895 IH 10 W**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**San Antonio**        **TX**    **78230**
City                State    ZIP Code

---

**Rocket Lawyer**
Name
**182 Howard St. #830**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**San Francisco**        **CA**    **94105**
City                State    ZIP Code

---

**Rocketship Finance**
Name
**41 Corporate Park**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Irvine**        **CA**    **92606**
City                State    ZIP Code

---

**RVS Code Consulting**
Name
**7906 Indian Mound**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**San Antonio**        **TX**    **78266**
City                State    ZIP Code

---

**San Antonio Auto Title**
Name
**6107 Callaghan Road**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**San Antonio**        **TX**    **78228**
City                State    ZIP Code

---

**San Antonio Auto Title**
Name
**6325 San Pedro, #5**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**San Antonio**        **TX**    **78216**
City                State    ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**San Antonio Auto Title**
Name

**8546 Broadway**
Number        Street

**San Antonio**          **TX**      **78217**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**San Antonio Testing Lab**
Name

**1610 S. Laredo St.**
Number        Street

**San Antonio**          **TX**      **78207**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**San Antonio Water System**
Name

**2800 US Hwy 281 N.**
Number        Street

**San Antonio**          **TX**      **78212**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Security Service FCU**
Name

**P O Box 27377**
Number        Street

**San Antonio**          **TX**      **78227**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Sequium Asset Solutions/ATT U-Verse**
Name

**1130 Northchase Pkwy, #150**
Number        Street

**Collecting for - ATT U-Verse**

**Marietta**          **GA**      **30067**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Sera Systems, LLC**
Name

**923 Minters Chapel Rd.**
Number        Street

**Grapevine**          **TX**      **76051**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Service Finance/Branch Banking**
Name
**555 S. Federal Hwy, #200**
Number    Street

**Boca Raton**         **FL**    **33432**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Service Shift Inc.**
Name
**923 Minters Chapel Rd.**
Number    Street

**Grapevine**          **TX**    **76051**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Service Uniform**
Name
**102 Fran Fran St.**
Number    Street

**San Antonio**        **TX**    **78207**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Servicetitan, Inc.**
Name
**801 N. Brand Blvd, #700**
Number    Street

**Glendale**           **CA**    **91203**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Spectrum/Charter Comm.**
Name
**P. O. Box 60074**
Number    Street

**City of Industry**   **CA**    **91716**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Sports Unltd. Silk Screen & Emb**
Name
**5417 Bandera Rd., #612**
Number    Street

**San Antonio**        **TX**    **78238**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Standard Supply**
Name
**P. O. Box 540368**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Dallas**        **TX**    **75354**
City              State     ZIP Code

---

**Standard Supply**
Name
**1431 Regal Row**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Disputed business debt**     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Dallas**        **TX**    **75247**
City              State     ZIP Code

---

**State Auto Ins. Co.**
Name
**P. O. Box 182503**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Columbus**      **OH**    **43218**
City              State     ZIP Code

---

**State Auto Ins. Co.**
Name
**518 E. Broad St.**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Columbus**      **OH**    **43215**
City              State     ZIP Code

---

**State Farm Bank**
Name
**Customer Service**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Bloomington**   **IL**    **61710**
City              State     ZIP Code

---

**Stride Pest Control**
Name
**3501 Pin Oak Dr. #110**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**San Antonio**   **TX**    **78229**
City              State     ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**SupplyHouse.com/COD only**
Name
**130 Spagnoli**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Melville**          **NY**    **11747**
City            State    ZIP Code

---

**Synchrony**
Name
**P O Box 965036**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Orland**          **FL**    **32896**
City            State    ZIP Code

---

**Synchrony Bank**
Name
**777 Long Ridge Rd.**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Stamford**          **CT**    **06902**
City            State    ZIP Code

---

**Synchrony Bank/BK Dept**
Name
**P. O. Box 965064**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

credit card                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Orlando**          **FL**    **32896**
City            State    ZIP Code

---

**Synchrony/KTM Retail Finance**
Name
**P O Box 6153**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Rapid City**          **SD**    **57709**
City            State    ZIP Code

---

**Taylor Made Hose**
Name
**5914 Zangs Dr.**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**          **TX**    **78238**
City            State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Tex Comptroller Public Accounts**
Name
**P. O. Box 149359**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**    **78714**
City              State    ZIP Code

---

**Texas Board Plumbing Examiners**
Name
**P. O. Box 4200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**    **78765**
City              State    ZIP Code

---

**Texas City Municipal Court**
Name
**1004 9th Avenue N**
Number        Street
**Texas City,. TX 77590**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

City              State    ZIP Code

---

**Texas Fiest #1408698**
Name
**P O Box 650869**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**    **75265**
City              State    ZIP Code

---

**Texas Plumbing Supply**
Name
**9333 S. Sam Houston Pkwy W, #400**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Missouri City**      **TX**    **77489**
City              State    ZIP Code

---

**Texas Secretary of State**
Name
**P. O. Box 12887 or 13697**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**    **78711**
City              State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**The Lampo Group**
Name
**1011 Reams Fleming Blvd**
Number    Street
**Franklin, TN  337064**

_____

_____
City           State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Tiger Sanitation**
Name
**6325 US Hwy 87 E.**
Number    Street

_____

**San Antonio**    **TX**   **78222**
City           State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Time Warner**
Name
**One Time Warner Center**
Number    Street

_____

**New York**    **NY**   **10019**
City           State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Tommy's Auto Glass**
Name
**3700 Fredericksburg Rd #115**
Number    Street

_____

**San Antonio**    **TX**   **78201**
City            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Tool Mart**
Name
**10568 Sentinel Dr.**
Number    Street

_____

**San Antonio**    **TX**   **78217**
City            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Torres Construction and More**
Name
**4020 Colonial Sun Dr.**
Number    Street

_____

**San Antonio**    **TX**   **78244**
City            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Trane Supply**
Name
**1 Centennial Ave, #101**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Piscataway**        **NJ**    **08854**
City                  State     ZIP Code

---

**Trinity Staffing**
Name
**13750 San Pedro, #540**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**San Antonio**       **TX**    **78232**
City                  State     ZIP Code

---

**Trio Construction, LLC**
Name
**5415 Banddera Rd.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Leon Valley**       **TX**    **78238**
City                  State     ZIP Code

---

**Tsys/Transfirst**
Name
**One TSYS Way**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Columbus**          **GA**    **31901**
City                  State     ZIP Code

---

**Uline**
Name
**P O Box 88741**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Chicago**           **IL**    **60680**
City                  State     ZIP Code

---

**Unifirst Holdings, Inc.**
Name
**3047 E. Commerce St.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**San Antonio**       **TX**    **78220**
City                  State     ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**United Community Pantries**
Name
**68 Jonspin Rd.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Wilmington**          **MA**   **01887**
City                    State    ZIP Code

---

**United Home Renovations**
Name
**8318 Rain Dance**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**San Antonio**         **TX**   **78242**
City                    State    ZIP Code

---

**Upstart Network Inc.**
Name
**2 Circle Star Way, 2nd Floor**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**San Carlos**          **CA**   **94070**
City                    State    ZIP Code

---

**US Bank**
Name
**P. O. Box 108**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**St. Louis**           **MO**   **63166**
City                    State    ZIP Code

---

**US Bank**
Name
**800 Nocollet Mall, Fl 2**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Minneapolis**         **MN**   **55402**
City                    State    ZIP Code

---

**US Jetting, LLC**
Name
**850 McFarland Parkway**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Alpharetta**          **GA**   **30004**
City                    State    ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Vaquero Bandera Partners**
Name
**Lancarte Commercial**
Number    Street
**2627 Tillar St. #121**

**Fort Worth**         **TX**    **76107**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Vaquero Bandera Partners, LP**
Name
**c/o Lancarte Comm. Prop.Mgt.**
Number    Street
**2900 WINGATE ST STE 100**

**FORT WORTH**         **TX**    **76107**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Lease 5415 Bandera Rd.**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Leon Valley**

Last 4 digits of account number   __ __ __ __

---

**Vaquero Bandera Partners, LP**
Name
**2900 Wingate St. #290**
Number    Street

**Ft. Worth**          **TX**    **78248**
City                        State    ZIP Code

**potential guaranty of building lease - exact amount unknown**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Lease 5415 Bandera Rd.**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Leon Valley**

Last 4 digits of account number   __ __ __ __

---

**VSP/ADP Healthcare**
Name
**3333 Quality Dr.**
Number    Street

**Rancho Cordova**     **CA**    **95670**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Washing Equipment of Texas**
Name
**4810 Frontage Rd.**
Number    Street

**San Antonio**        **TX**    **78219**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Webbank Avant LLC**
Name
**222 N Lasalle St., #1600**
Number    Street

**Chicago**            **IL**    **60601**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Westbrook Engineering**
Name
**2562 Boardwalk St.**
Number     Street

**San Antonio**          **TX**     **78217**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Western Equipment Fin/Jetter Fin**
Name
**P O Box 640**
Number     Street

**Devils Lake**          **ND**     **58301**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**WestGUARD Insurance Co. V**
Name
**P O Box 785570**
Number     Street

**Philadelphia**          **PA**     **19178**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Williams Supply Co.**
Name
**3131 Bolton Rd.**
Number     Street

**Marion**          **TX**     **78124**
City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Win Supply**
Name
**2510 McArthur View**
Number     Street

**San Antonio**          **TX**     **78217**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Disputed business debt**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Winston Water Cooler**
Name
**3701 N. Pan Am Expressway**
Number     Street

**San Antonio**          **TX**     **78219**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Worldpay**
Name
**8500 Governors Hill Dr.**
Number　　Street

_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Symmes Twp**　　**OH**　　**45249**
City　　　　State　　ZIP Code

**Yuker Electric, LLC**
Name
**8002 Silver Wings**
Number　　Street

_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Spring Branch**　　**TX**　　**78070**
City　　　　State　　ZIP Code

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
   28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. _____ $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. _____ $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. _____ $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims.  Write that amount here. | 6d. **+** _____ $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. _____ $0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. _____ $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. _____ $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. _____ $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $1,687,445.28 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $1,687,445.28 |

| Debtor 1 | **Eric** | **Charles** | **Carter** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease | | | State what the contract or lease is for |
|---|---|---|---|---|
| **2.1** | **Harper Management** | | | **lease of 12226 Mountain Pine, San Antonio, TX** |
| | Name | | | **78254  (property Vacated)** |
| | **Newlands Assets Holding Trust** | | | **Contract to be REJECTED** |
| | Number     Street | | | **Contract is in DEFAULT** |
| | **18756 Stone Oak Parkway #102** | | | |
| | **San Antonio** | **TX** | **78258** | |
| | City | State | ZIP Code | |
| **2.2** | **Vaquero Bandera Parntners LP** | | | **lease of 5415 Bandera Rd., Leon Valley, TX  78238** |
| | Name | | | **(property vacated)** |
| | **2900 Wingate St. #200** | | | **Contract to be REJECTED** |
| | Number     Street | | | **Contract is in DEFAULT** |
| | | | | |
| | **Ft. Worth** | **TX** | **76107** | |
| | City | State | ZIP Code | |

| Debtor 1 | Eric | Charles | Carter |
|----------|------|---------|--------|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy | Ann | Sheegog |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | | Manager | Manager/Self employed |
| **Employer's name** | | Plan B Home Services, LLC | Plan B Home Services/Self empl |
| **Employer's address** | | 5415 Bandera Road, #504 | |
| | | Number  Street | Number  Street |
| | | San Antonio  TX  78238 | |
| | | City  State  Zip Code | City  State  Zip Code |
| **How long employed there?** | | 8 years | 8 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $9,199.00 | $5,000.00 |
| **3.** Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** Calculate gross income. Add line 2 + line 3. | 4. | $9,199.00 | $5,000.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .................................................➔   4. | $9,199.00 | $5,000.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $1,365.00 | $1,000.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. ✚ | $0.00 | $0.00 |

6. **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    $1,365.00    $1,000.00

7. **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    $7,834.00    $4,000.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: mobile home | 8h. ✚ | $0.00 | $222.75 |

9. **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $0.00    $222.75

10. **Calculate monthly income.**   Add line 7 + line 9.    10.    $7,834.00   +   $4,222.75   =   $12,056.75
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. ✚    $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    $12,056.75

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   debtors both hope to find other employment after their business closes

| Debtor 1 | **Eric** | **Charles** | **Carter** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　　☐ No
   　　☑ Yes

   　　In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   　　**Amy Ann Sheegog**
   　　Name of your spouse, former spouse, or legal equivalent
   　　**1241 Knox Road**
   　　Number　　　Street

   　　**Keller** **TX** **76262**
   　　City　　　　　State　　ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Plan B Home Services, LLC** |
   |---|---|
   | | Name |

   **5415 Bandera Rd. #504**
   Number　　　Street

   **San Antonio** **TX** **78238**
   City　　　　　State　　ZIP Code

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line **4.1**
   ☐ Schedule G, line _____
   **210 IT**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**        **78238**
City                    State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.2**

☐ Schedule G, line _____

**ADP/ADP Process/Ins. Agency**

| 3.3 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**        **78238**
City                    State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.8**

☐ Schedule G, line _____

**Aetna/ADP Healthcare**

| 3.4 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**        **78238**
City                    State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.10**

☐ Schedule G, line _____

**Albert Uresti/Bexar Tax Assessor**

| 3.5 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**        **78238**
City                    State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.3**

☐ Schedule G, line _____

**Ally Financial**

| 3.6 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**        **78238**
City                    State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.4**

☐ Schedule G, line _____

**Alpha Media**

| 3.7 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**        **78238**
City                    State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.21**

☐ Schedule G, line _____

**Alpine Equipment/Castoro**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Plan B Home Services, LLC** |
|---|---|

Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**            **TX**        **78238**
City                       State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **5.27**
- ☐ Schedule G, line _____

**Apple La Cantera/Direct Capital**

| 3.9 | **Plan B Home Services, LLC** |
|---|---|

Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**            **TX**        **78238**
City                       State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.6**
- ☐ Schedule G, line _____

**Arredondo Group**

| 3.10 | **Plan B Home Services, LLC** |
|---|---|

Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**            **TX**        **78238**
City                       State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **5.32**
- ☐ Schedule G, line _____

**AT & T**

| 3.11 | **Plan B Home Services, LLC** |
|---|---|

Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**            **TX**        **78238**
City                       State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.7**
- ☐ Schedule G, line _____

**AT&T Bankruptcy Center**

| 3.12 | **Plan B Home Services, LLC** |
|---|---|

Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**            **TX**        **78238**
City                       State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.8**
- ☐ Schedule G, line _____

**ATT U-Verse**

| 3.13 | **Plan B Home Services, LLC** |
|---|---|

Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**            **TX**        **78238**
City                       State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **5.37**
- ☐ Schedule G, line _____

**Bac Flo Unlimited**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.14** **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**           **TX**       **78238**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.9**
☐ Schedule G, line _____
**Bank of America**

---

**3.15** **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**           **TX**       **78238**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.10**
☐ Schedule G, line _____
**Bank of America**

---

**3.16** **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**           **TX**       **78238**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.40**
☐ Schedule G, line _____
**Barbara Lamar PLLC**

---

**3.17** **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**           **TX**       **78238**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.44**
☐ Schedule G, line _____
**BCBSTX Corp**

---

**3.18** **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**           **TX**       **78238**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.45**
☐ Schedule G, line _____
**Berkshire Hathaway Guard Ins Co**

---

**3.19** **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**           **TX**       **78238**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.11**
☐ Schedule G, line _____
**Blue Cross Blue Shield of TX**

---

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**       *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.20**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **5.53**

☐ Schedule G, line _____

**Blue Cross Blue Shield of TX**

**3.21**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.13**

☐ Schedule G, line _____

**BlueFrog Plumbing and Drain**

**3.22**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.15**

☐ Schedule G, line _____

**BP Solutions Mastercard/Fleet Fuind**

**3.23**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **5.56**

☐ Schedule G, line _____

**BP/Amoco**

**3.24**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.16**

☐ Schedule G, line _____

**Byzfunder NY LLC**

**3.25**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.20**

☐ Schedule G, line _____

**Capital One/Cabela**

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**      **78238**
City                         State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.21**

☐ Schedule G, line _____

**Carrier Enterprises, LLC**

| 3.27 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**      **78238**
City                         State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.22**

☐ Schedule G, line _____

**Certiflow Water, LLC**

| 3.28 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**      **78238**
City                         State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **5.82**

☐ Schedule G, line _____

**Cisco, Inc./Pens.com/Nat. Pen Co**

| 3.29 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**      **78238**
City                         State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **5.83**

☐ Schedule G, line _____

**Cisco, Inc/National Pen Co.**

| 3.30 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**      **78238**
City                         State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.25**

☐ Schedule G, line _____

**Citibusiness Advantage**

| 3.31 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number      Street

_____

**San Antonio**          **TX**      **78238**
City                         State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.28**

☐ Schedule G, line _____

**City Public Service**

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.32**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.30**__
☐ Schedule G, line _____
**Clerk Sup. Ct. E2024000727**

**3.33**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.94**__
☐ Schedule G, line _____
**Contgract Resolve Grp/Std. Supply**

**3.34**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.104**__
☐ Schedule G, line _____
**Direct Capital/First Citizens Bank**

**3.35**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.32**__
☐ Schedule G, line _____
**Discover Bank**

**3.36**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.34**__
☐ Schedule G, line _____
**Discover Card**

**3.37**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.108**__
☐ Schedule G, line _____
**Dist Clerk No. 22-12-16546**

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.38**  **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**              **TX**      **78238**
City                          State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.111**
☐ Schedule G, line _____
**Easy Ice**

**3.39**  **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**              **TX**      **78238**
City                          State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Easy Ice, LLC**

**3.40**  **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**              **TX**      **78238**
City                          State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.36**
☐ Schedule G, line _____
**EnableComp/Fast Med**

**3.41**  **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**              **TX**      **78238**
City                          State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**Fast Med Urgent Care/Enable Comp**

**3.42**  **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**              **TX**      **78238**
City                          State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.126**
☐ Schedule G, line _____
**First Citizens Bank & Trust**

**3.43**  **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number        Street

**San Antonio**              **TX**      **78238**
City                          State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.39**
☐ Schedule G, line _____
**Ford Credit Bankruptcy Svc Ctr.**

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **Plan B Home Services, LLC** |
|------|------|

Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**          **TX**     **78238**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.40**
☐ Schedule G, line _____
**Ford Credit/QI Exchange**

| 3.45 | **Plan B Home Services, LLC** |
|------|------|

Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**          **TX**     **78238**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.41**
☐ Schedule G, line _____
**Ford Motor Credit Corporation**

| 3.46 | **Plan B Home Services, LLC** |
|------|------|

Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**          **TX**     **78238**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.42**
☐ Schedule G, line _____
**Ford Motor Credit Corporation**

| 3.47 | **Plan B Home Services, LLC** |
|------|------|

Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**          **TX**     **78238**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.133**
☐ Schedule G, line _____
**Gen Cas. Ins. Wisconson**

| 3.48 | **Plan B Home Services, LLC** |
|------|------|

Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**          **TX**     **78238**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.43**
☐ Schedule G, line _____
**Global Payments Integrated**

| 3.49 | **Plan B Home Services, LLC** |
|------|------|

Name
**5415 Bandera Rd. #504**
Number       Street

**San Antonio**          **TX**     **78238**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.44**
☐ Schedule G, line _____
**GM Financial**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.50 | **Plan B Home Services, LLC** |
|------|------------------------------|

Name

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.45**
☐ Schedule G, line _____
**GM Financial**

| 3.51 | **Plan B Home Services, LLC** |
|------|------------------------------|

Name

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.141**
☐ Schedule G, line _____
**GreenSky, LLC**

| 3.52 | **Plan B Home Services, LLC** |
|------|------------------------------|

Name

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.46**
☐ Schedule G, line _____
**Hajoca Corp d/b/a Moore Supply**

| 3.53 | **Plan B Home Services, LLC** |
|------|------------------------------|

Name

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.144**
☐ Schedule G, line _____
**Hajoca/Moore Supply**

| 3.54 | **Plan B Home Services, LLC** |
|------|------------------------------|

Name

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.155**
☐ Schedule G, line _____
**Insco Distributing**

| 3.55 | **Plan B Home Services, LLC** |
|------|------------------------------|

Name

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.47**
☐ Schedule G, line _____
**Insco Distributing/Euler Hermes Col..**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.56 | **Plan B Home Services, LLC** |
|---|---|

Name

**5415 Bandera Rd. #504**

Number     Street

**San Antonio**          **TX**     **78238**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.160**

☐ Schedule G, line _____

**IRS/Spec. Proc.Group**

| 3.57 | **Plan B Home Services, LLC** |
|---|---|

Name

**5415 Bandera Rd. #504**

Number     Street

**San Antonio**          **TX**     **78238**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.161**

☐ Schedule G, line _____

**J. Phillip Collier**

| 3.58 | **Plan B Home Services, LLC** |
|---|---|

Name

**5415 Bandera Rd. #504**

Number     Street

**San Antonio**          **TX**     **78238**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.165**

☐ Schedule G, line _____

**Johnstone Supply/Pettit Group**

| 3.59 | **Plan B Home Services, LLC** |
|---|---|

Name

**5415 Bandera Rd. #504**

Number     Street

**San Antonio**          **TX**     **78238**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.170**

☐ Schedule G, line _____

**Lampo Group**

| 3.60 | **Plan B Home Services, LLC** |
|---|---|

Name

**5415 Bandera Rd. #504**

Number     Street

**San Antonio**          **TX**     **78238**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.171**

☐ Schedule G, line _____

**LanCarte Commercial**

| 3.61 | **Plan B Home Services, LLC** |
|---|---|

Name

**5415 Bandera Rd. #504**

Number     Street

**San Antonio**          **TX**     **78238**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **5.173**

☐ Schedule G, line _____

**Lennox Industires Inc.**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.62 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number        Street

**San Antonio**        **TX**        **78238**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.174**
☐ Schedule G, line _____
**Leviton Law Firm/Liberty Mutual**

| 3.63 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number        Street

**San Antonio**        **TX**        **78238**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.53**
☐ Schedule G, line _____
**Liberty Mutual Ins.**

| 3.64 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number        Street

**San Antonio**        **TX**        **78238**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.177**
☐ Schedule G, line _____
**Liberty Mutual Ins.**

| 3.65 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number        Street

**San Antonio**        **TX**        **78238**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.176**
☐ Schedule G, line _____
**Liberty Mutual Ins.**

| 3.66 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number        Street

**San Antonio**        **TX**        **78238**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.54**
☐ Schedule G, line _____
**Lone Star Tunneling & Excavation**

| 3.67 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number        Street

**San Antonio**        **TX**        **78238**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.179**
☐ Schedule G, line _____
**Longhorn, Inc.**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.68 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**     **78238**
City                            State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line     **5.182**

☐ Schedule G, line _____

**Macias Excavation**

| 3.69 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**     **78238**
City                            State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line     **4.55**

☐ Schedule G, line _____

**Macias Excavation, LLC**

| 3.70 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**     **78238**
City                            State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line     **4.57**

☐ Schedule G, line _____

**National Pen Co.**

| 3.71 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**     **78238**
City                            State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line     **5.196**

☐ Schedule G, line _____

**Nationwide Ins.**

| 3.72 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**     **78238**
City                            State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line     **4.58**

☐ Schedule G, line _____

**Nationwide/Agent**

| 3.73 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**     **78238**
City                            State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line     **4.60**

☐ Schedule G, line _____

**NTTA Zip Cash**

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.74 | **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number      Street

**San Antonio**          **TX**        **78238**
City                   State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.61**
☐ Schedule G, line _____
**OneMain**

3.75 | **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number      Street

**San Antonio**          **TX**        **78238**
City                   State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.215**
☐ Schedule G, line _____
**Pucin & Friedland/Liberty Mutual**

3.76 | **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number      Street

**San Antonio**          **TX**        **78238**
City                   State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.214**
☐ Schedule G, line _____
**Pucin & Friedland/Liberty Mutual**

3.77 | **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number      Street

**San Antonio**          **TX**        **78238**
City                   State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.62**
☐ Schedule G, line _____
**Rental One**

3.78 | **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number      Street

**San Antonio**          **TX**        **78238**
City                   State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.63**
☐ Schedule G, line _____
**Restoration 1 of Central San Antonio**

3.79 | **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number      Street

**San Antonio**          **TX**        **78238**
City                   State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.64**
☐ Schedule G, line _____
**ROK Financial**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.80**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number    Street

_____

**San Antonio**    **TX**    **78238**
City    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.66**

☐ Schedule G, line _____

**San Antonio WinSupply**

---

**3.81**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number    Street

_____

**San Antonio**    **TX**    **78238**
City    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **5.240**

☐ Schedule G, line _____

**Service Finance/Branch Banking**

---

**3.82**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number    Street

_____

**San Antonio**    **TX**    **78238**
City    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.67**

☐ Schedule G, line _____

**Service Uniform**

---

**3.83**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number    Street

_____

**San Antonio**    **TX**    **78238**
City    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.68**

☐ Schedule G, line _____

**Southwest Credit Card/Chase**

---

**3.84**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number    Street

_____

**San Antonio**    **TX**    **78238**
City    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.69**

☐ Schedule G, line _____

**Spectrum/Charter Comm.**

---

**3.85**

**Plan B Home Services, LLC**
Name

**5415 Bandera Rd. #504**
Number    Street

_____

**San Antonio**    **TX**    **78238**
City    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **5.247**

☐ Schedule G, line _____

**Standard Supply**

---

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| **3.86** | |

**Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.246**
☐ Schedule G, line _____
**Standard Supply**

---

| | |
|---|---|
| **3.87** | |

**Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.70**
☐ Schedule G, line _____
**State Auto Ins Co/Risk Pro Mgt**

---

| | |
|---|---|
| **3.88** | |

**Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.72**
☐ Schedule G, line _____
**Texas First Rentals**

---

| | |
|---|---|
| **3.89** | |

**Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.74**
☐ Schedule G, line _____
**Tx Tag**

---

| | |
|---|---|
| **3.90** | |

**Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.275**
☐ Schedule G, line _____
**Unifirst Holdings, Inc.**

---

| | |
|---|---|
| **3.91** | |

**Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number     Street

**San Antonio**     **TX**     **78238**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.75**
☐ Schedule G, line _____
**United Healthcare Ins./TotalSource**

| **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.92 **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number    Street

**San Antonio**          **TX**       **78238**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.279**
☐ Schedule G, line _____
**US Bank**

---

3.93 **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number    Street

**San Antonio**          **TX**       **78238**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.76**
☐ Schedule G, line _____
**US Bank**

---

3.94 **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number    Street

**San Antonio**          **TX**       **78238**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.77**
☐ Schedule G, line _____
**US Bank State Farm**

---

3.95 **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number    Street

**San Antonio**          **TX**       **78238**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.78**
☐ Schedule G, line _____
**Valor Intelligence Processing**

---

3.96 **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number    Street

**San Antonio**          **TX**       **78238**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.284**
☐ Schedule G, line _____
**Vaquero Bandera Partners, LP**

---

3.97 **Plan B Home Services, LLC**
Name
**5415 Bandera Rd. #504**
Number    Street

**San Antonio**          **TX**       **78238**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.283**
☐ Schedule G, line _____
**Vaquero Bandera Partners, LP**

---

███████  **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.98 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**      **78238**
City                     State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **5.285**

☐ Schedule G, line _____

**VSP/ADP Healthcare**

| 3.99 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**      **78238**
City                     State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **5.286**

☐ Schedule G, line _____

**Washing Equipment of Texas**

| 3.100 | **Plan B Home Services, LLC** |
|---|---|
| | Name |

**5415 Bandera Rd. #504**
Number     Street

_____

**San Antonio**          **TX**      **78238**
City                     State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.79**

☐ Schedule G, line _____

**Win Supply**

**Fill in this information to identify your case:**

Debtor 1    **Eric**          **Charles**         **Carter**
            First Name        Middle Name         Last Name

Debtor 2    **Amy**           **Ann**             **Sheegog**
(Spouse, if filing)  First Name  Middle Name      Last Name

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**            ☑ No

    Do not list Debtor 1 and           ☐ Yes. Fill out this information
    Debtor 2.                               for each dependent..................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**    4.  _____
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.  Real estate taxes                              4a.  _____  **$366.00**

    4b.  Property, homeowner's, or renter's insurance   4b.  _____  **$208.00**

    4c.  Home maintenance, repair, and upkeep expenses  4c.  _____  **$400.00**

    4d.  Homeowner's association or condominium dues     4d.  _____

Your expenses

| | | |
|---|---|---:|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| **6.** | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a.                 **$800.00** |
| | 6b.  Water, sewer, garbage collection | 6b.                   **$80.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.                 **$500.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| **7.** | **Food and housekeeping supplies** | 7.              **$1,600.00** |
| **8.** | **Childcare and children's education costs** | 8.                   **$30.00** |
| **9.** | **Clothing, laundry, and dry cleaning** | 9.                 **$200.00** |
| **10.** | **Personal care products and services** | 10.                 **$120.00** |
| **11.** | **Medical and dental expenses** | 11.                 **$250.00** |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12.              **$3,000.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.              **$1,500.00** |
| **14.** | **Charitable contributions and religious donations** | 14. _____ |
| **15.** | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a.                 **$200.00** |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c.                 **$375.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. | |
| | Specify: _____ | 16. _____ |
| **17.** | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1    **KTM  motorcycle** | 17a.                 **$350.00** |
| | 17b.  Car payments for Vehicle 2    **RV payment** | 17b.             **$1,025.00** |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| **19.** | **Other payments you make to support others who do not live with you.** | |
| | Specify: _____ | 19. _____ |

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

     20a.   Mortgages on other property           20a.   _____

     20b.   Real estate taxes           20b.   _____

     20c.   Property, homeowner's, or renter's insurance      20c.   _____

     20d.   Maintenance, repair, and upkeep expenses      20d.   _____

     20e.   Homeowner's association or condominium dues      20e.   _____

**21.**   **Other.**   Specify: _____    21.   **+** _____

**22.**   **Calculate your monthly expenses.**

     22a.   Add lines 4 through 21.      22a.   **$11,004.00**

     22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.      22b.   _____

     22c.   Add line 22a and 22b.   The result is your monthly expenses.      22c.   **$11,004.00**

**23.**   **Calculate your monthly net income.**

     23a.   Copy line 12 (your combined monthly income) from Schedule I.      23a.   **$12,056.75**

     23b.   Copy your monthly expenses from line 22c above.      23b.   **–** **$11,004.00**

     23c.   Subtract your monthly expenses from your monthly income. The result is your monthly net income.      23c.   **$1,052.75**

**24.**   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐   No.

☑   Yes.   Explain here:

          **expenses may vary   debtors need to get health insurance and a second vehicle**

| Debtor 1 | Eric | Charles | Carter |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy | Ann | Sheegog |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Eric Charles Carter**
Eric Charles Carter, Debtor 1

X **/s/ Amy Ann Sheegog**
Amy Ann Sheegog, Debtor 2

Date **02/10/2024**
MM / DD / YYYY

Date **02/10/2024**
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Charles** | **Carter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Ann** | **Sheegog** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☑ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **2066 CR 405  (temporary address)** | From  **10/2022** | | From _____ |
| Number    Street | To  **1/2024** | Number    Street | To _____ |
| **Floresville        TX    78114** | | | |
| City                State   ZIP Code | | City                          State   ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **12226 Mountain Pine  (temporary)** | From  **part 2021** | | From _____ |
| Number    Street | To  **part 2022** | Number    Street | To _____ |
| **San Antonio        TX    78259** | | | |
| City                State   ZIP Code | | City                          State   ZIP Code | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$9,199.00** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$5,000.00** |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$81,800.00** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$52,800.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$106,336.00** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **($111,513.00)** |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | | **mobile home rent** | **$222.75** |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | **mobile home rent** | **$2,673.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | | | **mobile home rent** | **$2,673.00** |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Freedom Rd. Financial** <br> Creditor's name | monthly | $350.00 | $10,000.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☑ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **motorcycle** |
| Number      Street <br> <br> City          State    ZIP Code |  |  |  |  |

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Department of Commerce Credit Union** <br> Creditor's name | monthly | $1,100.00 | $103,000.00 | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| Number      Street <br> <br> **Washington            DC** <br> City          State    ZIP Code |  |  |  |  |

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **see reply to #7 below** <br> Creditor's name |  |  |  | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| Number      Street <br> <br> City          State    ZIP Code |  |  |  |  |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

    ☐ No
    ☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Barbara Sheegog**<br>Insider's name<br>**1249 Knox Rd.**<br>Number    Street<br><br>**Keller**                **TX**<br>City              State    ZIP Code | **Dec 2023** | **$5,200.00** | | **Repaid money held in trust for vacation not taken  (paid from joint account with mother with funds funds contributed by mother)** |
| **Barbara Sheegog**<br>Insider's name<br>**1249 Knox Rd.**<br>Number    Street<br><br>**Keller**                **TX**<br>City              State    ZIP Code | **0ct. 2023** | **$9,600.00** | | **Repaid money  for utlities and house expense (but subject to setoff for subsequent advances of about (est. $3,200.00+)** |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Hajoca Corp. v. Plan B Home Services, LLC and Amy Sheegog**<br><br>Case number **22-12-16546** | **suit on debt and guarantee** | **284th Judicial Dist. Ct., Montgomery Cty, TX**<br>Court Name<br>**c/o District Clerk**<br>Number    Street<br>**301 N Main St, Conroe, TX 77301**<br><br>**Conroe**          **TX**    **77301**<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cintas Corp. No. 2 v. Bluefrog Plumbing and Drain San Antonio, et. al.** | **suit on debt** | **County Court at Law #10** <br> Court Name <br> **100 Dolorosa #104** <br> Number   Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  **2023 CV 03571** | | **San Antonio**   **TX**   **78205** <br> City   State   ZIP Code | |
| **BYZFunder NY LLC. v. Bluefrog et al** | **suit on debt** | **Supreme Ct. NY Monroe County** <br> Court Name <br> **99 Exchange Blvd. 5th Floor#545** <br> Number   Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  **E2024000727** | | **Rochester**   **NY**   **14614** <br> City   State   ZIP Code | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☒ No.  Go to line 11.

☐ Yes.  Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes.  Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No

☐ Yes

## Part 5:   List Certain Gifts and Contributions

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No

☐ Yes.  Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes.  Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| **Describe the property you lost and how the loss occurred** | **Describe any insurance coverage for the loss** Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | **Date of your loss** | **Value of property lost** |
|---|---|---|---|
| | | 11/23 | $2,000.00 |
| **Property damage claim for auto collision  Buick damaged in collision.** | **Farmers Insurance** | | |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | **Description and value of any property transferred** $6000.00 set forth below | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| **Law Offices of Martin Seidler** Person Who Was Paid | | | |
| **11107 Wurzbach** Number     Street | | 01/04/2024 | $4,000.00 |
| **Suite 504** | | 01/18/2024 | $2,000.00 |
| **San Antonio            TX    78230-2592** City                    State    ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?  (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>Name of Financial Institution<br><br>Number    Street<br><br><br>**San Antonio**        **TX**<br>City            State    ZIP Code | XXXX- 6  5  7  0 | ☑ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 2024 | $1,200.00 |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **JP Morgan Chase Bank**<br>Name of Financial Institution<br><br>Number    Street<br><br><br>**Ft. Worth**        **TX**<br>City            State    ZIP Code | XXXX- __ __ __ __ | ☑ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 2024 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes.  Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Barbara and Corley Sheegog**<br>Owner's Name | | **parents' dining tables, couch, chair, and misc. furniture and bed  (loaned to debtors)** | **$3,000.00** |
| **1249 Knox Rd.**<br>Number    Street | **1241 Knox Rd.**<br>Number    Street | | |
| _____ | _____ | | |
| **Keller            TX**<br>City                    State    ZIP Code | **Keller            TX**<br>City                    State    ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.

☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **None**<br>Business Name | **Describe the nature of the business**<br>**Hairdresser** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| **1241 Knox Rd**<br>Number    Street | **Name of accountant or bookkeeper** | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | | **Dates business existed** |
| | | From ____1996____ To ____2024____ |
| **Keller**         **TX**<br>City                 State   ZIP Code | | |

| | | |
|---|---|---|
| **Plan B Home Services, LLC**<br>Business Name | **Describe the nature of the business**<br>**Plumbing, heating and air conditioning** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| **5415 Bandera Rd. #504**<br>Number    Street | **Name of accountant or bookkeeper**<br>**Badger and Badger** | EIN: **2   6 – 2   7   0   8   6   0   2** |
| | | **Dates business existed** |
| | | From ____2015____ To ____2024____ |
| **San Antonio**      **TX**<br>City                 State   ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes.  Fill in the details below.

| | |
|---|---|
| | **Date issued** |
| **BizFunder/Rok Financial**<br>Name | _____ |
| **issued in 2023 for Plan B Totalsource**<br>Number    Street | |
| **New York**         **NY**<br>City                 State   ZIP Code | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Eric Charles Carter**                              **X /s/ Amy Ann Sheegog**

Eric Charles Carter, Debtor 1                      Amy Ann Sheegog, Debtor 2

Date    **02/10/2024**                                 Date    **02/10/2024**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Eric | Charles | Carter |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy | Ann | Sheegog |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

---

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Department of Commerce FCU**<br><br>Description of property securing debt: **2021 Dutchmen Voltage RV** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Freedom Rd. Financial**<br><br>Description of property securing debt: **2024 KTM 250 SFX (approx. 20 miles) (Dirt Bike)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will this lease be assumed?**

Lessor's name: **Harper Management**
Description of leased property:  **lease of 12226 Mountain Pine, San Antonio, TX  78254  (property Vacated)**

☑ No
☐ Yes

Lessor's name: **Vaquero Bandera Parntners LP**
Description of leased property:  **lease of 5415 Bandera Rd., Leon Valley, TX  78238 (property vacated)**

☑ No
☐ Yes

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.


X **/s/ Eric Charles Carter**
Eric Charles Carter, Debtor 1

X **/s/ Amy Ann Sheegog**
Amy Ann Sheegog, Debtor 2

Date **02/10/2024**
MM / DD / YYYY

Date **02/10/2024**
MM / DD / YYYY

<table>
<tr><td colspan="4"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| Debtor 1 | Eric | Charles | Carter |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy | Ann | Sheegog |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

## Part 1:   Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

☐ Yes.   Go to Part 2.

## Part 2:   Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

☐ No.   Go to line 3.

☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

  ☐ No.   Go to line 3.

  ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

☐ No.   Complete Form 122A-1. Do not submit this supplement.

☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

  ☐ No.   Complete Form 122A-1. Do not submit this supplement.

  ☐ Yes.   Check any one of the following categories that applies:

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

    ☐ **I am performing a homeland defense activity for at least 90 days.**

    ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| **Fill in this information to identify your case:** | **Check one box only as directed in this form and in Form 122A-1Supp:** |

| Debtor 1 | **Eric** First Name | **Charles** Middle Name | **Carter** Last Name |

Debtor 2 (Spouse, if filing) **Amy** First Name **Ann** Middle Name **Sheegog** Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income 12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

|  | Column A | Column B |
|---|---|---|
|  | *Debtor 1* | *Debtor 2 or non-filing spouse* |

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

**Copy here →**    _____    _____

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

**Copy here →**    _____    _____

**7.    Interest, dividends, and royalties**    _____    _____

**8.    Unemployment compensation**    _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you............................................................................  _____

For your spouse................................................................  _____

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    _____    _____

**10.  Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

|  | Column A | Column B |
|---|---|---|
|  | *Column A* Debtor 1 | *Column B* Debtor 2 or non-filing spouse |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

☐ + ☐ = ☐

**Total current
monthly income**

---

## Part 2:    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

   12a.   Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➡   12a. ☐

   Multiply by 12 (the number of months in a year).   **X    12**

   12b.   The result is your annual income for this part of the form.   12b. ☐

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.   ☐

   Fill in the number of people in your household.   ☐

   Fill in the median family income for your state and size of household............................................................   13. ☐

   To find a list of applicable median income amounts, go online using the link specified in the separate
   instructions for this form.  This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

   14a.   ☐   Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
   Go to Part 3.  Do NOT fill out or file Official Form 122A-2.

   14b.   ☐   Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
   Go to Part 3 and fill out Form 122A-2.

---

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Eric Charles Carter**_____
Eric Charles Carter, Debtor 1

**X /s/ Amy Ann Sheegog**_____
Amy Ann Sheegog, Debtor 2

Date  **2/10/2024**_____
      MM / DD / YYYY

Date  **2/10/2024**_____
      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   | | |
|---|---|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*.  If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

In re  **Eric Charles Carter**
      **Amy Ann Sheegog**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................................     **$6,000.00**

    Prior to the filing of this statement I have received.........................................................     **$6,000.00**

    Balance Due............................................................................................................     **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/10/2024** | **/s/ Martin Seidler** |
| --- | --- |
| *Date* | |

Martin Seidler                                        Bar No.  18000800
Law Offices of Martin Seidler
11107 Wurzbach
Suite 504
San Antonio, TX  78230-2592
Phone: (210) 694-0300 / Fax: (210) 690-9886

---

**/s/ Eric Charles Carter**

*Eric Charles Carter*

**/s/ Amy Ann Sheegog**

*Amy Ann Sheegog*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Eric Charles Carter**                                    CASE NO
**Amy Ann Sheegog**

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/10/2024 _____                Signature  **/s/ Eric Charles Carter** _____
                                                                  *Eric Charles Carter*

Date  2/10/2024 _____                Signature  **/s/ Amy Ann Sheegog** _____
                                                                  *Amy Ann Sheegog*

210 IT
4706 Shavano Oak, #102
San Antonio, TX  78249


33 Mile Radius
P. O. Box 518
Bath, OH 44212


A & A Sewer Contractors
519 Montrose
San Antonio, TX 78223


Ad Pages
1705 K Ave
Plano TX  75074


Adobe
345 Park Ave.
San Jose, CA  95110


ADP/ADP Process/Ins. Agency
1 ADP Blvd, Mail Stop C421
Roseland, NJ  07068


ADT Security Services
1501 Yamato Rd.
Boca Raton, FL  33431


Advance America
135 North Church St.
Spartanburg, SC  29306


Advanced Flow Technologies
10505 O'Connor Rd., #7 5327
San Antonio, TX  78239

Aetna/ADP Healthcare
151 Farmington Avenue
Hartford, CT 06156


AGIA Insurance
1155 Eugenia Place
Carpinteria, CA  93013


Albert Uresti/Bexar Tax Assessor
233 N. Pecos La Trinidad
Vista Verde Bldg.
San Antonio, TX 78207


Albert Uresti/Bexar Tax Collector
3370 Nacogdoches Rd.
San Antonio, TX  78217


All Kind Enterprises
13134 Fair Acres Way
San Antonio, TX  78233


Alliant CU
11545 W. Touhy Ave.
Chicago, IL  60666


Ally
P O Box 951
Horsham, PA  19044


Ally
P. O. Box 380902
Bloomington, MN 55438


Ally Financial
P O Box 33414
Detroit, MI  48232

Almouie Pediatrics
5939 Babcock Road
San Antonio, TX 78240


Almouie Pediatrics
85353 Blanco #103
San Antonio, TX 78216


Almouie Pediatrics
18470 Blanco, #105
San Antonio, TX 78258


Almouie Pediatrics
23110 IH-10 West
San Antonio, TX 78257


Almouie Pediatrics
695 W Loop 1604 S
San Antonio, TX 78245


Alpha Media
4050 Eisenhauer Rd.
San Antonio, TX  78218


Alpine Equipment/Castoro
P. O. Box 13008
Newport Beach, CA 95658


Alpine Equipment/Castoro Capital
120 Newport Center Dr., #100
Newport Beach, CA  92660


American Express
P O Box 981537
El Paso, TX  79998

Amex/Citibank, N.A.
9111 Duke blvd
Mason, OH  45040


Anytime Fitness Floresville
534 10th St.
Floresville, TX  78114


Apple Card - GS Bank
Lockbox 6112
P O Box 7247
Philadelphia, PA  19170

Apple Card/GS Bank USA
11850 S. Election Rd.
Draper, UT  84020


Apple La Cantera/Direct Capital
15900 La Cantera Pkwy
San Antonio, TX  78256


Apple.com
Apple One, Apple Park Way
Cupertino, CA  95014


Arm & Hammer Excavation
119 Clark Ave.
San Antonio, TX  78203


Arredondo Group
6004 Grissom Rd.
San Antonio, TX  78238


Arrowhead General Insurance
701 B street, #2100
San Diego, CA  92101

Aston Global Inc
902 Nicholson Rd., #100
Garland, TX  75042


AT & T
208 S. Akard St.
Dallas, TX  75202


AT Automotive Inc.
950 W. Hildebrnd Ave.
San Antonio, TX  78201


AT&T Bankruptcy Center
2270 Lakeside Blvd. 7th Fl.
Richardson, TX.  75082


ATT
208 S. Akard St.
Dallas, TX  75202


ATT U-Verse
208 S. Akard St.
Dallas, TX  75202


ATTTV Now
208 S. Akard St.
Dallas, TX  75202


Avila Excavation
8800 S. Foster Rd.
San Antonio, TX  78222


Bac Flo Unlimited
P O Box 1113
Boerne, TX  78006

Bank of America
201 N Tryon St
NC1-022-08-15
Charlotte, NC  28255


Bank of America
P O Box 6789
Sioux Falls, SD  57117


Bank of America
Bank of America Corp Center
100 N. Tryon St.
Charlotte, NC  28255


Bank of America
P. O. Box 672050
Dallas, TX 75267


Barbara Lamar PLLC
602 W. French Pl
San Antonio, TX  78212


Barbara Sheegpg
1249 Knox Rd.
Keller, TX  76262


BCBS
P O Box 650615
Dallas, TX  75265


BCBSTX
P O Box 660044
Dallas, TX  75266


BCBSTX Corp
1001 E. Lookout Dr.
Richardson, TX 75082

Berkshire Hathaway Guard Ins Co
P. O. Box A-H, 39 Public Square
Wilkes-Barre, PA 18703


Best Egg
P O Box 42912
Philadelphia, PA  19101


Bexar County
c/o Don Stecker
112 E. Pecan St. #2200
San Antonio, Texas 78205


Bexar County Clerk/2023CV3571
100 Dolorosa,#104
San Antonio, TX 78205


Big O Tires/TBC Corporation
4280 Professional Center Dr.
Suite 400
West Palm Beach, FL  33410


Bill.com
1810 Embarcadero Rd.
Palo Alto, CA  94303


Blue Cross Blue Shield
200 E. Randolph
Chicago, IL  60601


Blue Cross Blue Shield
750 9th St. NW
Washington, DC 20001


Blue Cross Blue Shield of TX
c/o The Receivable Mgt Svc.
P. O Box 19646
Minneapolis, MN  55419

Blue Cross Blue Shield of TX
P. O. Box 655730
Dallas, TX  75285


BlueFrog Plumbing and Drain
4720 East Cotton Gin Loop #135
Phoenix, Arizona 85040


BlueFrog Plumbing and Drain
2929 Carlisle St. #100
Dallas, TX  75204


Blueline Heating & Air
P. O. Box 171382
San Antonio, TX 78217


BNI
11525 N Community House Rd., #475
Charlotte, NC  28277


BP Fuel
P. O. box 1239
Covington, LA 70434


BP Solutions Mastercard/Fleet Fuind
P. O. Box 1239
Covington, LA  70434


BP/Amoco
5301 Maryland Way
Brentwood, TN  37027


Bracken Collision
26995 HWY 281
San Antonio, TX  78260

Brinks Home Security
1990 Wittington Place
Dallas, TX  75234


Brown & Brown Lonestar Ins Svcs
3201 Cherry Ridge, #D405
San Antonio, TX  78230


Business Network International
11525 N. Community House Rd #4
Charlotte, NC 28277


ByzFunder
263 W. 38th St. Fl 13
New York, NY  10018


Byzfunder NY LLC
530 7th Ave. Suite 505
New York, N. Y. 10018


Byzfunder NY LLC
c/o Ariel Bouskila
1545 U.S. 202, Suite 101
Pomona, N.Y, 10970


C12 Centra
43 Cravey Rd.
Boerne, TX  78006


C6 Disposal
2123 FM 1516
Converse, TX  78109


Cabela's Club/Bass Pro
P. O. Box 30285
Salt Lake City, UT 84130

CallCap
245 N. Waco Ave., #300
Witchita, KS  67202


Capital One
P O Box 31293
Salt Lake City, UT  84131


Capital One/Cabela
P O Box 31293
Salt Lake City, UT  84131


Capital One/Cabela
P. O. Box 60519
City of Industry, CA 91716


Carrier Enterprise, LLC
4300 Golf Acres Dr.
Charlotte, NC  28208


Carrier Enterprises, LLC
12625 Wetmore Rd. #418
San Antonio, TX 78247


Castoro Capital Inc.
120 Newport Center Dr., #100
Newport Beach, CA  92660


Centra C12
43 Cravey Rd.
Boerne, TX  78006


Central TX Regional Mobility
RMA Toll Processing
P. O. Box 142877
Austin, TX 78754

Central TX Regional Mobility
RMA Toll Processing
P. O. Box 734182
Dallas, TX 75373

Century HVAC Distribution
2646 Manana Dr.
Dallas, TX  75220

Certiflow Water, LLC
HC13 Box 305
Fairview UT  84629

Charger Water
8150 Lehigh Ave, Ste A
Morton Grove, IL  60053

Chase/Southwest Credit Card
JP Morgan Chase & Co
270 Park Ave.
New York, NY  10017

Chase/Southwest Credit Card
P. O. Box 6294
Carol Stream, IL 60197

Christus Health
5101 N. O'Connor Blvd
Irving, TX  75062

Cintas Corp
P O Box 88005
Chicago, IL  60680

Cintas Corp.
3349 S.E. Loop 410
San Antonio, TX  78222

```
Cintas Corp.
2580 S. Raritan St.
Englewood, CO 80110


Cintas Corporation No. 2
c/o Allen D. Russell
2777 Allen Parkway #1000
Houston, TX  77019


Cisco, Inc./Pens.com/Nat. Pen Co
Dept. 126924
P. O. Box 1259
Oaks, PA 19456


Cisco, Inc/National Pen Co.
1702 Townhurst Rd.
Houston, TX  77043


Citi Aadvantage
Box 6500
Sioux Falls, SD 57117


Citi Cards/Citibank
P O Box 6241
Sioux Falls, SD  57117


Citi Costco
P. O. Box 790046
St. Louis, MO 63179


Citi Costco
P. O. Box 78019
Phoenix, AZ 85062


Citibank
388 Greenwich St.
New York, NY  10013
```

Citibank, N.A.
701 E. 60th St.
N. Sioux Falls, SC  57117


Citibusiness Advantage
P. O. Box 790046
St. Louis, MO 63179


Citicards
5800 S. Corporate Place
Sioux Falls, SD  57108


City Public Service
P.O. Box 2678
San Antonio, TX 78289


Clarity Voice
2 Corporate Dr., #250
Southfield, MI  48076


Clarity/ODK Capital/CNU
901 N. Stuart St., Fl 7
Arlington, VA  22203


Clearview Bookkeeping
P O Box 576
Boerne, TX  78006


Clerk Sup. Ct. E2024000727
99 Exchange Blvd. #545
Rochester, NY 14614


Comenity Bank/Buckle
ATTN: Customer Service
P O Box 182789
Columbus, OH  43218

Concentra
5080 Spectrum Dr., #1200W
Addison, TX  75001


Contgract Resolve Grp/Std. Supply
101 W Farmers Rd
Seagoville, TX 75159-3719


Convergent Commercial, Inc.
925 Westchester Ave., #101
White Plains, NY  10604


Corporate Communications
One ADP Blvd, Mail Stop C421
Roseland, NJ  07068


CPS Energy
P O Box 2678
San Antonio, TX  78289


CPS Energy
Bankruptcy Dept.
Mail Drop 110910
San Antonio, TX  78215


Credit One Bank
6801 S. Cimarron Rd.
Las Veggas, NV  89113


Cruz Excavation
P O Box 200211
San Antonio, TX  78220


Customer Lobby, LLC
4280 Professional Center Dr, #400
West Palm Beach, FL  33410

Department of Commerce FCU
P. O. Box 14720
Washington, DC  20044-4720


Dept of Commerce FCU
Consumer Response Bldg
Washington, DC  20580


Dept of Commerce, CU
Herbert C. Hoover Bldg #B18
Washington, DC  20230


Direct Capital/First Citizens Bank
239 Fayetteville St.
Raliegh, NC  27601


DirecTV
2230 E. Imperial Hwy
El Segundo, CA  90245


Discover
P.O. Box 6011
Dover, DE 19903


Discover Bank
CMS/Prod Develop
P O Box 15316
Wilmington, DE  19850


Discover Bank
P O Box 30939
Salt Lake City, UT  84130


Discover Card
2500 Lake Cook Road
Riverwoods, IL  60015

```
Discover Financial Services
2500 Lake Cook Rd.
Riverwoods, IL  60015


Discover Financial Services
P. O. Box 30943
Salt Lake City, UT 84130


Dist Clerk No. 22-12-16546
301 N Main St.
Conroe, TX 77301


E Barnett
P O Box 2317
Jacksonville, FL  32207


E Local USA
1100 E. Hector St., #101
Conshohockken, PA  19428


Easy Ice
P O Box 879
Marquette, MI  49855


Easy Ice, LLC
P. O. Box 650769
Dallas, TX 75265


Elevate 1 Financial, LLC
400 N. Trustin Ave, #140
Santa Ana, CA  92705


Elliott Electric Supply
2526 N. Stallings Dr.
Ncogdoches, TX  75964
```

EnableComp/Fast Med
4057 Rural Plains Circle #400
Franklin, TN  37064


Environmental Biotech
3025 Lakewood Ranch Blvd., #106
Bradenton, FL  34211


ERAC Toll
600 Corporate Park Dr.
St. Louis, MO  63105


Euler Hermes
800 Red Brook Blvd. #400C
Owings Mills, MD 21117


Ever Connect
P O Box 518
Bath, OH  44212


Everyones ENT & Sinus
21738 Hardy Oak Blvd. #103
San Antonio, TX 78258


Fast Med Urgent Care/Enable Comp
P. O. Box 843206
Dallas,  TX  75284


Ferguson Enterprises
751 Lakefront Commons
Newport News, VA  23606


FIA/Bank of America
BK Dept. NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410

Fidelity Investments
Cardmember Customer Service
P O Box 6376
Fargo, ND  58125


Field Health System
P. O. Box 11407
Birmingham, AL  35246


Fifth Third Bank
8549 McCullough
San Antonio, TX 78216


Filtration Products, LLC
1218 N Hackberry St.
San Antonio, TX 78202


Finish It Solutions
3912 Polar Brook Dr.
Fort Worth, TX  76244


First Citizens Bank & Trust
5950 Sherry Lane #100
Dallas, TX  75225


First Citizens Bank & Trust
239 Fayetteville St.
Raleigh, NC 27601


First Premier
3820 N. Louise Ave
Sioux Falls, SD  57107


Fleetcor Funding/BP Fuel
P O Box 1239
Covington, LA  70434

```
Fob1, LLC
P O Box 790
Boerne, TX  78006


Ford Credit Bankruptcy Svc Ctr.
P. O. Box 62180
Colorado Springs, CO  80962


Ford Credit/QI Exchange
P O Box 542000
Omaha, NE  68154


Ford Motor Credit Corporation
P.O. Box 152271
Irving, TX 75015


Ford Motor Credit Corporation
P.O. Box 650575
Dallas, TX  75265


Foremost Insurance
5600 Beechtree Ln, SE
Caledonia, MI  49316


Fortiline
7025 Nowthwinds Dr., NW
Concord, NC  28027


Fout Enterprises, Inc.
1501 Briarcrest Dr.
Grapevine, TX  76051


Freedom Rd. Financial
1515 W. 22nd St., #100@
Oak Brook, IL  60523
```

Gen Cas. Ins. Wisconson
Brown & Brown Lonestar Inc.
3201 Cherry Ridge Dr. D405
San Antonio, TX  78230


Global Payments Inc.
3550 Lenox Rd.
Atlanta, GA  30326


Global Payments Integrated
2578 W. 600 N.
Lindon, UT  84042


GM Contractors
103 Jackson Keller Rd., #208
San Antonio, TX  78216


GM Financial
801 Cherry St., #3500
Fort Worth, TX  76102


GM Financial
4001 Embarcadero Dr.
Arlington, TX  76014


GM Financial
P. O. Box 183621
Arlington, TX 76096


Goldman Sachs Bank USA
P O Box 45400
Salt Lakke City, UT  84145


Grainger
100 Grainger Parkway
Lake Forest, IL  60045

Grainger
4924 NW Loop 410
San Antonio, TX 78229


Granite Bay Acceptance
1781 Vineyard Dr., #222
Antioch, CA  94509


GreenSky, LLC
5565 Glenridge Con, 7th Floor
Atlanta, GA  30342


GreenSky, LLC
P. O. Box 29429
Atlanta, GA  30359


Guardian Health Insurance
10 Hudson Yards
New York, NY 100012


Hajoca Corp d/b/a Moore Supply
c/o Catherine Helm/R. Lindley
2323 Ross Ave. #1900
Dallas, TX  75201


Hajoca/Moore Supply
7801 SOUTH COOPER
ARLINGTON, TX 76001


Happy Money Inc
21515 Hawthorne Blvd, #200
Torrance, CA  90503


Harper Management
Newlands Assets Holding Trust
18756 Stone Oak Parkway #102
San Antonio, TX  78258

Harris County Toll Road Authority
P. O. Box 4440, Dept. 8
Houston, TX 77210

Headway Capital, LLC
175 W. Jackson Blvd, #1000
Chicago, IL 60604

Health Care Service/BCBSTX
1001 E. Lookout Dr.
Richardson, TX 75082

Higginbotham Ins. Agency
500 W. 13th ST.
Ft. Worth, TX 76102

Hill Electric
9999 Perrin Beitel
San Antonio, TX 78217

Holes of San Antonio, Inc.
118 Braniff Dr.
San Antonio, TX 78216

Home Advisor, Inc.
14023 Denver West Pkwy, Bldg 64, #200
Golden, CO 80401

Home Depot
2455 Paces Ferrry Rd., NW
Atlanta, GA 30339

Hughes Supply/Hajoca
4510 Rittiman Rd.
San Antonio, TX 78218

Insco Distributing
P O Box 690610
San Antonio, TX  78269


Insco Distributing/Euler Hermes Col..
800 Red Brook Blvd. 400C
Owings Mills, MV  21117


Internal Revenue Service
Special Proc Insolvency Sec.
P.O. Box 7346
Philadelphia, PA 19101

IR/Blue Front Financial dba Ladder Loans
25361 Commercentre Dr., #100
Lake Forest, CA  92630


IR/Priority Plus Finance
18001 Cowan #E
Irvine, CA  92614


IR/Symple Lending Inc.
3333 Michelson Dr. 3rd Fl #40
Irvine, CA  92612


IRS/Spec. Proc.Group
1100 Commerce St.
M Code 5020 DAL Room 9A20
Dallas, TX  75242


J. Phillip Collier
8023 Vantage Drive #590
San Antonio,TX  78230


Jack Henry & Associates, Inc.
663 W. Hwy 60
Monett, MO 65708

Jefferson Bank
P O Box 5190
San Antonio, TX  78201


Jefferson Bank-LVBC
P O Box 5190
San Antonio, TX  78201


Johnstone Supply
11632 NE Ainsworth Circle
Portland, OR  97220


Johnstone Supply/Pettit Group
P. O. Box 23716
Harahan, LA  70183


Jora Management LLC
5800 Spectrum Dr., #700W
Addison, TX  75001


Joseph De La Montanya
9214 Moon Shine
San Antonio, TX  78254


JPMCB Card Services
P O Box 15369
Wilmington, DE  19850


JPMCB Card Services
301 N Walnut St., Fl 9
Wilmington, DE  19801


KINGSMEAD ASSET HOLDING TRUST
13024 BALLANTYNE CORPORATE WAY # 425
CHARLOTTE, NC 28277

Kingston Data & Credit Intern'l
1701 Drew St, Unit 8
Clearwater, FL  33755


Kuber Financial
200 Spectrum Center Dr.
Irvine, CA  92618


Lampo Group
1011 Reams Fleming Blvd
Franklin, TN 37064


LanCarte Commercial
2627 Tillar St., #121
Fort Worth, TX  76107


Law Office of J. Philip Collier
8023 Vantage Dr., #590
San Antonio, TX  78230


Lennox Industires Inc.
2100 Lake Park Blvd
Richardson, TX  75080


Leviton Law Firm/Liberty Mutual
One Piere Place, #725W
Itasca, IL 60143


Liberty Life Assurance Co.
175 Berkeley
Boston, MA  02116


Liberty Mutual Ins.
100 Liberty Way
Dover, NH  03820

Liberty Mutual Ins.
c/o Pucin & Friedland
5805 Sepulveda Blvd. 4th Fl.
Sherman Oaks, CA  91411


Liberty Mutual Ins.
c/o Leviton Law Firm
One Pierce Place #725W
Itasca, IL 60143


Liberty Tax
215 W. Bandera Rd., #104
Boerne, TX  78006


Lone Star Tunneling & Excavation
1005 Perez
San Antonio, TX 78207


Longhorn, Inc.
P.O. Box 59929
2640 Tarna Drive
Dallas, TX  75229


Lube Lizard LLC
8502 Speedway Dr.
San Antonio, TX  78230


Lupe Leija Roofing
4022 City View Dr.
San Antonio, TX  78228


Macias Excavation
688 Stonewall St.
San Antonio, TX  78214


Macias Excavation, LLC
c/o Eugene Moore, III
5802 IH 10 West
San Antonio, TX 78201

Macias Excavation, LLC
6471 Montgomery Dr.
San Antonio, TX 78239


Madz Excavations
8530 Coppersky
Converse, TX  78109


Magnolia Construction & Remodeling
10506 Ashbury Creekk
San Antonio, TX  78245


Mariner Finance
8211 Town Center Dr.
Nottingham, MD  21236


McKenzie Paul & Assoc./E.Carter
2251 Double Creek Dr. #503
Round Rock, TX  78864


Metro Waste Systems, LLC
16230 TX 16,
Poteet, TX  78065


Moore Supply/Hajoca
2323 Ross Avenue, #1900
Dallas, TX 75201


Morrison Supply
P O Box 70
Fort Worth, TX  76101


Morrison Supply
P O Box 841183
Dallas,TX  75284

Morrison Supply Co.
10130 Jones Maltsberger
San Antonio, TX 78216


MSC Industrial Supply Co.
515 Broadhollow Rd.
Melville
New York, NY  11747


My Fleet Center
P O Box 620130
Middleton, WI  53562


National Pen Co.
P. O. Box 847203
Dallas, TX  75284


National Wholesale
1972 California Crossing Rd.
Dallas, TX  75220


Nationwide Allied Insurance
One W Nationwide Blvd. #1-04-701
Columbus, OH  43215


Nationwide Ins.
P. O. Box 514540
Los Angeles, CA  90051


Nationwide/Agent
Higginbotham Ins. Agency
500 W. 13th St.
Fort Worth, TX 76102


Newlands Asset Holding Trust,
c/o Harper Property Management
18756 Stone Oak Parkway #102
San Antonio, TX  78358

North Hills Family Medicine
18818 Meisner Dr.
San Antonio, TX  78258


North Texas Toll Authority
P O Box 260928
Plano, TX  75026


NTTA Zip Cash
P O Box 260928
Plano, TX  75026


NTTA Zip Cash
P. O. Box 660244
Dallas, TX 75266


Office of the US Trustee
1100 Commerce St. #976
Dallas, Texxas  75242


Office Supply America
4907 NW Industrial Dr.
San Antonio, TX 78238


OneMain
P O Box 1010
Evansville, IN  47706


Onemain Financial
P O Box 33327
Evansville, IN  47706


Onemain Financial
601 NW 2nd St.
Evansville, IN  47708

Open Edge/Global Payments
3550 Lenox Rd.
Atlanta, GA  30326


Oslin Nation Co.
12095 Starcrest Dr.
San Antonio, TX  78247


Pay Pal
3505 Silverside Rd., #200
Wilmington, DE  19810


Penn Credit/Central TX Mobility
P. O. Box 69703
Harrisburg, PA 17106


PHCC Texas
10103 Broadway
San Antonio, TX  78217


Plan B Home Services, LLC
5415 Bandera Rd. #504
San Antonio, TX  78238


Plumber Choice
639 E. Main St., #B106
Henderson, TN  37075


Plumber's Choice, LLC
113 Shivel Dr.
Hendersonville, TN  37075


Pro Defense Pest Control
12951 Huebner #780371
San Antonio, TX 78230

Professioanl Acct Mgmt
P. O. Box 863867
Plano, TX 75086


Progressive Casualty Insurance
6300 Wilson Mills Rd.
Mayfield Vlg, OH  44143


Prosperwebbank
221 Main St., #300
San Francisco, CA  94105


Pucin & Friedland/Liberty Mutual
1698 E. Woodfield Rd. #360A
Schaumburg, IL 60173


Pucin & Friedland/Liberty Mutual
5805 Sepulveda Blvd. 4th floor
Sherman Oaks, CA 91411


PulseM
17304 Preston Rd., #1230
Dallas, TX  75252


QI Exchange
P O Box 8500
Philadelphia, PA  19178


QU Exchange/Nat'l BK Center
P. O. Box 62180
Colorado Springs, CO 80962


Quinnstreet
950 Tower Lane
Foster City, CA  94404

Rampart Engineering, PLLC
9900 Spectrum Dr.
Austin, TX  78717


Ramsey Solutions
1011 Reams Fleming Blvd
Franklin, TN  37064


Realtime Reviews.com
435 12th St. W #215
Bradenton, FL 34205


Receivable Mgt Svc./Blue Cross
P. O. Box 19646
Minneapolis, MN 55419


Red Palm Studios
451 Southwind Rd.
Bridgeport, TX  76426


Regio Auto Glass
2506 Stratford Ct.
San Antonio,TX  78223


Regional Finance
979 Batesville Rd., Suite B
Greer, SC  29651


Rental One
P O Box 489
Colleyville, TX  76034


Restoration 1 of Central San Antonio
5415 Bandera Rd.
Leon Valley, TX  78238

Rheeem WHD Pro Plumber
1100 Abernathy Rd., #1700
Atlanta, GA  30328


Risk Protection Managers/State Auto
9895 IH 10 W
San Antonio, TX  78230


Rocket Lawyer
182 Howard St. #830
San Francisco, CA 94105


Rocketship Finance
41 Corporate Park
Irvine, CA  92606


ROK Financial
3500 Sunrise Hwy. Bldg 100,#201
Great River, N. Y. 11739


RVS Code Consulting
7906 Indian Mound
San Antonio, TX 78266


San Antonio Auto Title
8546 Broadway
San Antonio, TX 78217


San Antonio Auto Title
6325 San Pedro, #5
San Antonio, TX 78216


San Antonio Auto Title
6107 Callaghan Road
San Antonio, TX 78228

San Antonio Testing Lab
1610 S. Laredo St.
San Antonio, TX  78207


San Antonio Water System
2800 US Hwy 281 N.
San Antonio, TX  78212


San Antonio Water System
P. O. Box  2990
San Antonio, TX  78299


San Antonio WinSupply
2510 E. McArthur View
San Antonio, TX 78217


Security Service FCU
P O Box 27377
San Antonio, TX  78227


Sequium Asset Solutions/ATT U-Verse
1130 Northchase Pkwy, #150
Marietta, GA 30067


Sera Systems, LLC
923 Minters Chapel Rd.
Grapevine, TX  76051


Service Finance/Branch Banking
555 S. Federal Hwy, #200
Boca Raton, FL 33432


Service Shift Inc.
923 Minters Chapel Rd.
Grapevine, TX  76051

Service Uniform
2580S. Raritan St.
Englewood, CO  80110


Service Uniform
102 Fran Fran St.
San Antonio, TX 78207


Servicetitan, Inc.
801 N. Brand Blvd, #700
Glendale, CA  91203


Southwest Credit Card/Chase
P. O. Box 15298
Wilmington, DE 19850


Spectrum/Charter Comm.
4145 S. Falkenburg Rd.
Riverview, FL 33578


Spectrum/Charter Comm.
P. O. Box 60074
City of Industry, CA 91716


Sports Unltd. Silk Screen & Emb
5417 Bandera Rd., #612
San Antonio, TX  78238


Standard Supply
1431 Regal Row
Dallas, TX  75247


Standard Supply
P. O. Box 540368
Dallas, TX 75354

```
State Auto Ins Co/Risk Pro Mgt
9895 IH 10 West
San Antonio, TX  78230


State Auto Ins. Co.
518 E. Broad St.
Columbus, OH  43215


State Auto Ins. Co.
P. O. Box 182503
Columbus, OH 43218


State Farm Bank
Customer Service
Bloomington, IL  61710


Stride Pest Control
3501 Pin Oak Dr. #110
San Antonio, TX 78229


SupplyHouse.com/COD only
130 Spagnoli
Melville, NY 11747


Synchrony
P O Box 965036
Orland, FL  32896


Synchrony Bank
777 Long Ridge Rd.
Stamford, CT  06902


Synchrony Bank/BK Dept
P. O. Box 965064
Orlando, FL  32896
```

Synchrony/KTM Retail Finance
P O Box 6153
Rapid City, SD  57709


Synchrony/Lowes
P O Box 965005
Orlando, FL  32896


Taylor Made Hose
5914 Zangs Dr.
San Antonio, TX 78238


Tex Comptroller Public Accounts
P. O. Box 149359
Austin, TX 78714


Texas Board Plumbing Examiners
P. O. Box 4200
Austin, TX 78765


Texas City Municipal Court
1004 9th Avenue N
Texas City,. TX 77590


Texas Fiest #1408698
P O Box 650869
Dallas, TX  75265


Texas First Rentals
P. O. Box 207916
San Antonio, TX  78220


Texas Plumbing Supply
9333 S. Sam Houston Pkwy W, #400
Missouri City, TX  77489

Texas Secretary of State
P. O. Box 12887 or 13697
Austin, TX 78711


The Lampo Group
1011 Reams Fleming Blvd
Franklin, TN  337064


Tiger Sanitation
6325 US Hwy 87 E.
San Antonio, TX  78222


Time Warner
One Time Warner Center
New York, NY  10019


Tioga Contractors
136 S. Norwood Drive
Hurst, TX  76053


Tommy's Auto Glass
3700 Fredericksburg Rd #115
San Antonio, TX 78201


Tool Mart
10568 Sentinel Dr.
San Antonio, TX 78217


Torres Construction and More
4020 Colonial Sun Dr.
San Antonio, TX  78244


Trane Supply
1 Centennial Ave, #101
Piscataway, NJ  08854

Trinity Staffing
13750 San Pedro, #540
San Antonio, TX 78232


Trio Construction, LLC
5415 Banddera Rd.
Leon Valley, TX  78238


Tsys/Transfirst
One TSYS Way
Columbus, GA  31901


Tx Tag
P. O. Box 650749
Dallas, TX 75265


Uline
P O Box 88741
Chicago, IL  60680


Unifirst Holdings, Inc.
3047 E. Commerce St.
San Antonio, TX  78220


United Community Pantries
68 Jonspin Rd.
Wilmington, MA  01887


United Healthcare Ins./TotalSource
P. O. Box 740800
Atlanta, GA  30374


United Home Renovations
8318 Rain Dance
San Antonio, TX  78242

Upstart Network Inc.
2 Circle Star Way, 2nd Floor
San Carlos, CA  94070


US Bank
800 Nocollet Mall, Fl 2
Minneapolis, MN  55402


US Bank
P. O. Box 108
St. Louis, MO  63166


US Bank
P. O. Box 6353
Fargo, ND 58125


US Bank State Farm
P. O. Box 6380
Fargo, ND 58125


US Jetting, LLC
850 McFarland Parkway
Alpharetta, GA  30004


Valor Intelligence Processing
P. O. Box 207899
Dallas, TX 75320


Vaquero Bandera Parntners LP
2900 Wingate St. #200
Ft. Worth, TX  76107


Vaquero Bandera Partners
Lancarte Commercial
2627 Tillar St. #121
Fort Worth, TX 76107

```
Vaquero Bandera Partners, LP
2900 Wingate St. #290
Ft. Worth, TX  78248


Vaquero Bandera Partners, LP
c/o Lancarte Comm. Prop.Mgt.
2900 WINGATE ST STE 100
FORT WORTH, TX  76107


VSP/ADP Healthcare
3333 Quality Dr.
Rancho Cordova, CA 95670


Washing Equipment of Texas
4810 Frontage Rd.
San Antonio, Texas 78219


Webbank Avant LLC
222 N Lasalle St., #1600
Chicago, IL  60601


Westbrook Engineering
2562 Boardwalk St.
San Antonio, TX  78217


Western Equipment Fin/Jetter Fin
P O Box 640
Devils Lake, ND  58301


WestGUARD Insurance Co. V
P O Box 785570
Philadelphia, PA  19178


Williams Supply Co.
3131 Bolton Rd.
Marion, TX  78124
```

```
Win Supply
10000 Iota Dr.
San Antonio, TX  78217


Win Supply
2510 McArthur View
San Antonio, TX  78217


Winston Water Cooler
3701 N. Pan Am Expressway
San Antonio, TX  78219


Worldpay
8500 Governors Hill Dr.
Symmes Twp, OH 45249


Yuker Electric, LLC
8002 Silver Wings
Spring Branch, TX  78070
```